B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stirneman, Audrey Marie** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Audrey Marie Huddleston; FKA Audrey Marie Huddleston** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7853** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 Buckingham Drive**<br>**Algonquin, IL**<br>ZIP Code **60102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

■ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stirneman, Audrey Marie** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Timothy Stirneman** | Case Number: **09-B-20315** | Date Filed: **6/03/09** |
|---|---|---|
| District: **Northern District of Illinois** | Relationship: **Husband** | Judge: **Schmetterer** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  **/s/ "Doc" Elliot Pollock**          **November 24, 2009**<br>Signature of Attorney for Debtor(s)              (Date)<br>**"Doc" Elliot Pollock** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Stirneman, Audrey Marie**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Audrey Marie Stirneman**
Signature of Debtor  **Audrey Marie Stirneman**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 24, 2009**
Date

### Signature of Attorney*

X  **/s/ "Doc" Elliot Pollock**
Signature of Attorney for Debtor(s)

**"Doc" Elliot Pollock 6195119**
Printed Name of Attorney for Debtor(s)

**The "Doc" Elliot Pollock Law Practice**
Firm Name
**P.O. Box A-3220**
**Chicago, IL 60690-3220**

Address

**Email: pollocklaw@sbcglobal.net**
**312 357 1860  Fax: 312 357 6765**
Telephone Number
**November 24, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Audrey Marie Stirneman**                Case No. _____

                                     Debtor(s)      Chapter     **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Audrey Marie Stirneman**
                         **Audrey Marie Stirneman**

Date:    **November 24, 2009**

Certificate Number: 03788-ILN-CC-009059846

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 18, 2009, at 4:05 o'clock PM EST,

Audrey Stirneman received from

Alliance Credit Counseling, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.


Date: November 18, 2009          By          /s/April Thomas

                                 Name     April Thomas

                                 Title    Accredited Credit Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Audrey Marie Stirneman**                ,     Case No. _____

Debtor

Chapter           **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,805,680.00 | | |
| B - Personal Property | Yes | 4 | 41,415.58 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,965,078.17 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 93,623.11 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 5,652,266.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 21 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,934.60 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,602.00 |
| Total Number of Sheets of ALL Schedules | | 73 | | | |
| Total Assets | | | 1,847,095.58 | | |
| Total Liabilities | | | | 9,710,967.60 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Audrey Marie Stirneman**

Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Audrey Marie Stirneman**                                          ,         Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: single family home**<br>**Location: 300 Buckingham Dr.**<br>**Algonquin, IL 60102** | | - | 350,000.00 | 426,555.49 |
| **Other: dental office in a condo setting**<br>**Location: 1452 Merchant Dr.**<br>**Algonquin, IL 60102**<br>**Owned by T & A Holdings, LLC** | **Fee simple** | - | 1,440,000.00 | 2,660,640.73 |
| **Other: Disney vacation time share at Saratoga**<br>**Springs Resort, Disney World, FL**<br>**Location: Disney Vacation Development, Inc.**<br>**200 Celebration Place**<br>**Celebration, FL 34747**<br>**Owned jointly with Dr. Timothy Stirneman** | **Time Share** | - | 15,680.00 | 24,692.68 |

|  | Sub-Total > | **1,805,680.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,805,680.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Audrey Marie Stirneman**                                                    ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash: cash and coins Location: house** | - | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Personal checking account at Home State Bank Location: Home State Bank 40 Grant St Crystal Lake, IL 60014** | - | 62.15 |
| | | **Bank Account: Personal savings account at Home State Bank Location: Home State Bank 40 Grant St Crystal Lake, IL 600014** | - | 28.43 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Living room set approx 10 yrs old, Bedroom set approx 7 yrs old** | - | 375.00 |
| | | **Appliances: Subzero refridgerator 12 yrs old, Freezer 2 yrs old, Maytag washer and dryer 7 yrs old, Vacuum cleaner 4 yrs old** | - | 500.00 |
| | | **Household: Kitchen pots, pans, dishes, and utensils** | - | 100.00 |
| | | **Audio-Video: 2 small flat screen tvs, one TV is 1 yr old and the other is 5 yrs old** | - | 250.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books-Music: Movies on DVD** | - | 300.00 |
| 6.  Wearing apparel. | | **Clothes: basic casual and business wardrobe for all seasons (no furs or luxury items)** | - | 1,000.00 |

Sub-Total >     **2,665.58**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Audrey Marie Stirneman**                                                      ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: Arts and crafts supplies, scrapbooking supplies** | - | 50.00 |
| | | **Musical: Flute approx 25 yrs old** | - | 100.00 |
| | | **Sports-Hobby: Bike, 10 speed approx 5 yrs old** | - | 50.00 |
| | | **Sports-Hobby: Lawn power tools: lawnmover 2 yrs old, leaf blower 1 yr old, tiller 10 yrs old, Garden hand tools, various** | - | 250.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Other: I own 60% of our shared practice, All Smiles Dental P.C. Location: 1452 Merchant Drive, Algonquin, IL 60102** | - | Unknown |
| | | **Other: 100% shareholder of Algonquin Smiles, P.C. Location: 785 S Randall Road, Algonquin, IL 60102** | - | Unknown |
| | | **50% owner of T & A Holdings, LLC** | - | Unknown |
| | | **50% owner of T & A Leasing, LLC** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >        450.00
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                             ,   Case No. _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **All Smiles Dental, P.C. and Dr. Timothy Stirneman owe reimbursement for misapplied insurance payments for services rendered by debtor** | - | 3,000.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Toyota Rav 4** | - | 35,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |

Sub-Total >        38,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Audrey Marie Stirneman**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals: Cat, domestic short hair** | **-** | **50.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Other: Various hand tools, power saw, hand drill** | **-** | **250.00** |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | **300.00** |
| Total > | **41,415.58** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Audrey Marie Stirneman**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Residence: single family home**<br>**Location: 300 Buckingham Dr.**<br>**Algonquin, IL 60102** | **735 ILCS 5/12-901** | **0.00** | **350,000.00** |
| **Cash on Hand** | | | |
| **Cash: cash and coins**<br>**Location: house** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank Account: Personal checking account at**<br>**Home State Bank**<br>**Location: Home State Bank**<br>**40 Grant St**<br>**Crystal Lake, IL 60014** | **735 ILCS 5/12-1001(b)** | **62.15** | **124.30** |
| **Bank Account: Personal savings account at**<br>**Home State Bank**<br>**Location: Home State Bank**<br>**40 Grant St**<br>**Crystal Lake, IL 600014** | **735 ILCS 5/12-1001(b)** | **28.43** | **56.86** |
| **Household Goods and Furnishings** | | | |
| **Furniture: Living room set approx 10 yrs old,**<br>**Bedroom set approx 7 yrs old** | **735 ILCS 5/12-1001(b)** | **375.00** | **750.00** |
| **Appliances: Subzero refridgerator 12 yrs old,**<br>**Freezer 2 yrs old,**<br>**Maytag washer and dryer 7 yrs old,**<br>**Vacuum cleaner 4 yrs old** | **735 ILCS 5/12-1001(b)** | **500.00** | **1,000.00** |
| **Household: Kitchen pots, pans, dishes, and**<br>**utensils** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Audio-Video: 2 small flat screen tvs, one TV is 1**<br>**yr old and the other is 5 yrs old** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books-Music: Movies on DVD** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **Clothes: basic casual and business wardrobe**<br>**for all seasons (no furs or luxury items)** | **735 ILCS 5/12-1001(a)** | **0.00** | **1,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports-Hobby: Arts and crafts supplies,**<br>**scrapbooking supplies** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Musical: Flute approx 25 yrs old** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Sports-Hobby: Bike, 10 speed approx 5 yrs old** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Audrey Marie Stirneman**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Sports-Hobby: Lawn power tools: lawnmover 2 yrs old, leaf blower 1 yr old, tiller 10 yrs old, Garden hand tools, various** | **735 ILCS 5/12-1001(b)** | **250.00** | **500.00** |
| <u>**Animals**</u><br>**Animals: Cat, domestic short hair** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| <u>**Other Personal Property of Any Kind Not Already Listed**</u><br>**Other: Various hand tools, power saw, hand drill** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |

Total:   **2,415.58**   **354,631.16**

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Audrey Marie Stirneman** _____,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx7602** <br><br> **American National Bank of DeKalb County** <br> **124 South Main Street** <br> **Sycamore, IL 60178** | X | - | **unknown** <br><br> **Vehicle Loan to Tim Stirneman** <br><br> **travel trailer** <br><br> Value $       **Unknown** | | | | **5,047.77** | **Unknown** |
| Account No. **xxx-xxxx-xxxxxxx-xxxx-xx0001** <br><br> **Charter One Bank** <br> **1215 Superior Ave.** <br> **Cleveland, OH 44114-3299** | X | - | **9/2007-9/2009** <br><br> **Mortgage for dental office** <br><br> **Other: dental office in a condo setting** <br> **Location: 1452 Merchant Dr.** <br> **Algonquin, IL 60102** <br> **Owned by T & A Holdings, LLC** <br> Value $       **2,880,000.00** | | | | **2,660,640.73** | **0.00** |
| Account No. **xxxxxxx & xxxx2657** <br><br> **DeLage Landen Financial Services, Inc.** <br> **1111 Old Eagle School Road** <br> **Wayne, PA 19087** | X | - | **unknown** <br><br> **Other Loan** <br><br> **for dental office for All Smiles Dental P.C. at 1452 Merchant Dr., Algonquin, may be secured by property at that location** <br> Value $       **Unknown** | | | | **23,185.73** | **Unknown** |
| Account No. **xxxxxxx4808** <br><br> **DVCMC Association Manager** <br> **PO Box 277090** <br> **Atlanta, GA 30384** | X | - | **8/2005** <br> **Other Loan with Dr. Timothy Stirneman** <br> **Other: Disney vacation time share at Saratoga Springs Resort, Disney World, FL** <br> **Location: Disney Vacation Development, Inc.** <br> **200 Celebration Place** <br> Value $       **31,360.00** | | | X | **24,692.68** | **Unknown** |

_**2**_   continuation sheets attached

Subtotal <br> (Total of this page)         **2,713,566.91**         **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                                   , Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0461** | | | 12/2006 | | | | | |
| **OFC Capital Corporation** **576 Colonial Park Dr., #200** **Roswell, GA 30075** | X | - | Other Loan All Smiles Dental loan for office technology, CEREC machine that is still at 1452 Merchant Dr location, filing cabinets | | | | | |
| | | | Value $              **Unknown** | | | | 221,972.59 | Unknown |
| Account No. **xx0905** | | | unknown | | | | | |
| **Royal Bank America Leasing** **550 Township Line Rd. #425** **Blue Bell, PA 19422** | X | - | Other Loan loan for audio-visual equipment for All Smiles Dental location at 1452 Merchant Dr., Algonquin | | | | | |
| | | | Value $              **Unknown** | | | | 48,121.05 | Unknown |
| Account No. **xxxxxx1423** | | | 2009 Toyota Rav 4 | | | | | |
| **Toyota Financial Services** **P.O. Box 8026** **Cedar Rapids, IA 52409-8026** | X | - | | | | | | |
| | | | Value $              **35,000.00** | | | | 35,710.51 | 710.51 |
| Account No. **xxxxxxxxx2000** | | | 9/2006 | | | | | |
| **US Bank Healthcare Finance Services** **1310 Madrid St. #105** **Marshall, MN 56258** | X | - | Other Loan loan to purchase dental equipment including 11 sets of dental chairs for All Smiles Dental at 1452 Merchant Dr., Algonquin | | | | | |
| | | | Value $              **Unknown** | | | | 91,151.62 | Unknown |
| Account No. **xxxxxx2757** | | | unknown | | | | | |
| **Wells Fargo Bank, NA** **PO Box 4233** **Portland, OR 97208-4233** | | - | Home Mortgage 2nd (home equity loan) Residence: single family home Location: 300 Buckingham Dr. Algonquin, IL 60102 | | X | | | |
| | | | Value $              **350,000.00** | | | | 92,427.79 | 92,427.79 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 489,383.56 | 93,138.30 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Audrey Marie Stirneman** _____ ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0341** | | | **9/2009** | | | | | |
| **Wells Fargo Bank, NA** **121 S. Market Street, 6th Floor** **San Jose, CA 95113-2209** | X | - | **Other Loan** **loan for dental practice d/b/a Algonquin Smiles, P.C.** | | | | | |
| | | | Value $            **Unknown** | | | | **428,000.00** | **Unknown** |
| Account No. **xxxxxx3473** | | | **9/1997- present** | | | | | |
| **Wells Fargo Home Mortgage** **PO Box 10335** **Des Moines, IA 50306** | | - | **Home Mortgage 1st** **Residence: single family home** **Location: 300 Buckingham Dr.** **Algonquin, IL 60102** | | | X | | |
| | | | Value $            **350,000.00** | | | | **334,127.70** | **334,127.70** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **762,127.70** | **334,127.70** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **3,965,078.17** | **427,266.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Audrey Marie Stirneman**                                      ,      Case No. _____
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

       **2**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Audrey Marie Stirneman**                                          ,        Case No. _____
                                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. xxxxx3150<br><br>**Illinois Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794-9006** | | | - | | tax year 2008 (married filing separately)<br><br>**Income Tax This bill will probably be recalculated once I refile my federal tax return for 2008.** | | | | 0.00<br><br>2,750.44 | 2,750.44 |
| Account No. xxxxx3437<br><br>**Illinois Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794-9006** | | X | - | | **Tax years 2006 (married filing jointly)**<br><br>**Income Tax joint state tax debt for 2006** | | | | 0.00<br><br>900.06 | 900.06 |
| Account No. xxxxx3437<br><br>**Illinois Department of Revenue<br>PO Box 19006<br>Springfiled, IL 62794-9006** | | X | - | | **Tax yr 2007 (married filing jointly)**<br><br>**Income Tax joint state tax debt for 2007** | | | | 0.00<br><br>5,239.83 | 5,239.83 |
| Account No. xxx-xx-4893<br><br>**Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019** | | X | - | | **Tax Year 2006 (married filing jointly)**<br><br>**Income Tax Jointly filed personal income taxes for 2006** | | | | 0.00<br><br>3,484.26 | 3,484.26 |
| Account No. xxx-xx-4893<br><br>**Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019** | | X | - | | **Tax Year 2007 (married filing jointly)**<br><br>**Income Tax Jointly filed personal income tax for year 2007.** | | | | 0.00<br><br>44,808.03 | 44,808.03 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 57,182.62 | 57,182.62 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Audrey Marie Stirneman** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx8332**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0039** | X | - | Tax year 2006 (married filing jointly)<br><br>**Income Tax Income taxes for jointly held T&A Holdings, LLC.** | | | | 501.92 | 0.00<br><br>501.92 |
| Account No. **xx-xxx8332**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0039** | X | - | tax year 2007 (married filing jointly)<br><br>**Income Tax Income taxes for jointly held T&A Holdings, LLC for year 2007.** | | | | 1,194.57 | 0.00<br><br>1,194.57 |
| Account No. **xxx-xx-7853**<br><br>**Internal Revenue Service**<br>**PO Box 9019**<br>**Holtsville, NY 11742-9019** | | - | Tax year 2008 (married filing separately)<br><br>**Income Tax Personal income taxes due for 2008, I filed married but separately.** | | | | 34,744.00 | 0.00<br><br>34,744.00 |
| Account No.<br><br>**McHenry County Treasurer**<br>**Government Center**<br>**2200 N. Seminary Avenue**<br>**Woodstock, IL 60098** | X | - | Tax years 2007, 2008, 2009<br><br>**Property Tax Taxes are probably due for the location of 1452 Merchant Drive, Algonquin for the above tax years. T&A Holdings LLC is probably the account name.** | | | | 0.00 | 0.00<br><br>0.00 |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 36,440.49 | 0.00<br><br>36,440.49 |
| Total<br>(Report on Summary of Schedules) | 93,623.11 | 0.00<br><br>93,623.11 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Audrey Marie Stirneman**                                                         Case No. _____
                                                                                    ,
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2810<br><br>**AAA Insurance**<br>**PO Box 660830**<br>**Dallas, TX 75266-0830** | | - | | | **Dec 2009 to Jun 2010**<br>**Other Bill Current personal auto insurance** | | | | 958.50 |
| Account No. **All Smiles Dental**<br><br>**Abrix Group, LP**<br>**3400 Dundee Road, Suite 200**<br>**Northbrook, IL 60062** | X | - | | | **Other Bill All Smiles Dental consultant services** | | X | X | **Unknown** |
| Account No. xxx9289<br><br>**Ace Surgical Supply**<br>**1034 Pearl Street**<br>**PO Box 1710**<br>**Brockton, MA 02303** | X | - | | | **Other Bill All Smiles Dental dental supplies** | | X | X | **Unknown** |
| Account No. xxxxxxx xx. xx216.B<br><br>**ADR Systems**<br>**123 W. Madison, 22nd Floor**<br>**Chicago, IL 60602** | | - | | | **4/24/2009**<br>**Other Bill legal fees** | | | | 2,106.25 |

| | Subtotal (Total of this page) | 3,064.75 |
|---|---|---|

__33__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                  ,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx xxxxx1376** <br><br> **ADT Security Systems, Inc** <br> **PO Box 371967** <br> **Pittsburgh, PA 15250-7967** | X | - | | **10/2009** <br> **Other Bill security services for Algonquin Smiles** | | | | 482.87 |
| Account No. <br><br> **Allied Benefits Systems, Inc** <br> **208 S. LaSalle St** <br> **Suite 1300** <br> **Chicago, IL 60604** | X | - | | **Other Bill Insurance refund** | | | | 580.00 |
| Account No.  **x-xxxx-xxx5122** <br><br> **Allied Waste Services** <br> **1330 Gasket Drive** <br> **Elgin, IL 60120** | X | - | | **Other Bill All Smiles Dental waste services** | X | X | | Unknown |
| Account No. <br><br> **Andrews Construction** <br> **880 E. Oak St. Ste. 2** <br> **Lake in the Hills, IL 60156** | X | - | | **9/2009-11/2009** <br> **Other Bill dental office construction costs** | | | | 6,800.00 |
| Account No. <br><br> **Angel Phelps** <br> **896 Bennington** <br> **Crystal Lake, IL 60015** | X | J | | **Other Bill patient credit from All Smiles Dental** | | | | 535.00 |

Sheet no. __**1**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,397.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Angie Corrado** <br> **19N175 W Woodview Parkway** <br> **Hampshire, IL 60140** | X | J | Other Bill patient credit from All Smiles Dental | | | | 512.20 |
| Account No. **xxx xxx-xxxx 859 6** <br><br> **AT&T** <br> **PO Box 8100** <br> **Aurora, IL 60507-8100** | X | - | 11/2009 <br> **Utility Bill phone service for Algonquin Smiles** | | | | 375.80 |
| Account No. **xxxxx8522** <br><br> **AT&T** <br> **PO Box 6428** <br> **Carol Stream, IL 60197-6428** | | - | 10/2009-11/2009 <br> **Utility Bill cell phone service** | | | | 198.59 |
| Account No. **xxx xxx-xxxx 165 0** <br><br> **AT&T** <br> **PO Box 8100** <br> **Aurora, IL 60507-8100** | | - | 10/2009 <br> **Utility Bill home phone service** | | | | 51.83 |
| Account No. **xxxxxxxxxxxx9804** <br><br> **Bank of America** <br> **PO Box 15026** <br> **Willmington, DE 19850-5026** | | - | unknown <br> **Credit Card credit card that is a personal account but has always been used for business expenses, almost all charges are All Smiles Dental debts** | | | | 26,152.04 |

Sheet no. __2___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,290.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                      ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx & xxxx8482** **Benco Dental** **11 Bear Creek Blvd.** **PO Box 1108** **Wilkes-Barre, PA 18773-1108** | X | - | | | Other Bill expenses for dental equipment and dental supplies for All Smiles Dental | | | | **Unknown** |
| Account No. **xxxx3570** **Benco Dental** **11 Bear Creek Blvd.** **PO Box 1108** **Wilkes- Barre, PA 18773-1108** | X | - | | | 10/2009 Other Bill dental supplies for Algonquin Smiles | | | | **6,067.44** |
| Account No. **Berrel Cook** **258 Charlotte Ct.** **Cary, IL 60013** | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | **260.00** |
| Account No. **Bob Cozza** **1130 Greenridge** **Algonquin, IL 60102** | X | - | | | Other Bill patient credit from All Smiles Dental | | | | **388.30** |
| Account No. **Bob Rohde** **325 Tecumseh Tr. Apt. 110** **LITH, IL 60156** | X | - | | | Other Bill patient credit from All Smiles Dental | | | | **4,593.60** |

Sheet no. __3__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **11,309.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**
                                                          ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **unknown** <br><br> **Briarwood Office Center II** <br> **1005 Alexander Ct., Unit F** <br> **Cary, IL 60013** | X | - | | | 9/2007 <br> **Other Loan various purposes, some for down payment on property at 1452 Merchant Dr., possible working capital and possible use to pay expenses incurred in the build out of the All Smiles Dental office** | | | | 613,000.00 |
| Account No. **All Smiles Dental** <br><br> **Briarwood Office Center II, LLC** <br> **1005 Alexander Court Unit F** <br> **Cary, IL 60013** | X | - | | | 2007-2009 <br> **Other Bill CAM for 1452 Merchant Drive** | | | | 15,656.00 |
| Account No. <br><br> **Briarwood Office Center Master Asso** <br> **1005 Alexander Ct., Unit F** <br> **Cary, IL 60013** | | - | | | 2007 <br> **other: condominum fees** | X | X | | Unknown |
| Account No. **xxxxx3258** <br><br> **Broadview Security** <br> **PO Box 70834** <br> **Charlotte, NC 28272-0834** | X | - | | | 10/2009 <br> **Other Bill current home security** | | | | 30.99 |
| Account No. <br><br> **Bush & Heise** <br> **1300 S. Grove Ave.** <br> **Suite 104-A** <br> **Barrington, IL 60010** | | - | | | 6/2008-10/2009 <br> **Other Bill legal fees** | | | | 13,285.83 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

641,972.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                              ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| **Candace Schumacher** **830 Fox Run Lane** **Algonquin, IL 60102** | X | - | | | | | | | |
| | | | | | | | | | 225.00 |
| Account No. xxxxxxxx3386 | | | | | Opened 6/01/00 Last Active 10/19/09 CreditCard | | | | |
| **Capital 1 Bank** **Attn: C/O TSYS Debt Management** **Po Box 5155** **Norcross, GA 30091** | | - | | | | | | | |
| | | | | | | | | | 694.00 |
| Account No. xxxxxxxx3218 | | | | | Opened 6/01/00 Last Active 10/19/09 CreditCard | | | | |
| **Capital 1 Bank** **Attn: C/O TSYS Debt Management** **Po Box 5155** **Norcross, GA 30091** | | - | | | | | | | |
| | | | | | | | | | 461.00 |
| Account No. xxxxxxxxxxx4986 | | | | | unknown Credit Card credit card | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | - | | | | | | | |
| | | | | | | | | | 461.39 |
| Account No. xxxxxxxxxxxx2531 | | | | | unknown Credit Card credit card | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | - | | | | | | | |
| | | | | | | | | | 694.42 |

Sheet no. __5___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,535.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                    ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx7645** | | | | | Other Bill All Smiles Dental gas services | | | | |
| Carbonic Gas Service, Inc. 32570 Genoa Rd. Genoa, IL 60135 | X | - | | | | | X | | Unknown |
| Account No. **xxx-xxxx-xxxxxxx-xxxx-xxx0001** | | | | | 9/2007-9/2009 Other Lawsuit Judgment for foreclosure and sale of property at 1452 Merchant Drive, Algonquin, IL 60102. McHenry Co. case no. 08 CH 1497. (Also listed on Schedule D) | | | | |
| Charter One Bank 1215 Superior Ave. Cleveland, OH 44114-3299 | X | - | | | | | | | 2,660,640.73 |
| Account No. | | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Chevy O'Brien 550 Tenby Way Algonquin, IL 60102 | X | - | | | | | | | 254.00 |
| Account No. **xxxx5927** | | | | | 10/2009 Other Bill current home newspaper service | | | | |
| Chicago Tribune PO Box 900157 Louisville, KY 40290-1157 | | - | | | | | | | 15.92 |
| Account No. | | | | | Other Bill patient credit from All Smiles Dental | | | | |
| Chris McArdle 240 Terramere Lane LITH, IL 60156 | X | - | | | | | | | 467.75 |

| | |
|---|---|
| Sheet no. __6__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **2,661,378.40** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Chrissy Lieber 355 Menon Drive Cary, IL 60013 | X | - | | | | | 231.80 |
| Account No. **xxxx xx xxx xxx8897** | | | 10/2009 Utility Bill current home cable service | | | | |
| Comcast Cable PO Box 3001 Southeastern, PA 19398-3001 | | - | | | | | 176.64 |
| Account No. **x0037** | | | 4/2008-4/2009 Other Bill All Smiles Dental tv commerical contract | | | | |
| Comcast Spotlight O'Hare Plaza 1 8745 West Higgins Road, 4th Floor Chicago, IL 60631 | X | - | | | | | 12,665.72 |
| Account No. **xxxxxx3041** | | | Utility Bill electrical service for All Smiles Dental at 1452 Merchant Dr., Algonquin | | | | |
| ComEd PO Box 6112 Carol Stream, IL 60197-6112 | X | - | | | | | 15,527.13 |
| Account No. **xxxxxx3042** | | | 10/2009 Utility Bill Current personal electric bill | | | | |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | - | | | | | 104.12 |

Sheet no. __**7**___ of __**33**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,705.41

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Audrey Marie Stirneman**                                    ,            Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx8032** | | | | **10/2009-11/2009** **Utility Bill electric service for Algonquin Smiles** | | | | |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | X | - | | | | | | |
| | | | | | | | | 190.00 |
| Account No. **xxxxx4012** | | | | **unknown** **Other Loan loans for various All Smiles Dental equipment and working capital** | | | | |
| Crystal Lake Bank and Trust 70 N. Williams St. Crystal Lake, IL 60014 | X | - | | | | | | |
| | | | | | | | | 63,133.21 |
| Account No. | | | | **Other Bill patient credit from All Smiles Dental** | | | | |
| Dan Kowalski 1323 Cunat Court 1G LITH, IL 60156 | X | - | | | | | | |
| | | | | | | | | 1,379.50 |
| Account No. | | | | **Other Bill patient credit from All Smiles Dental** | | | | |
| Danielle Steinke 1760 Hartford Lane Crystal Lake, IL 60014 | X | - | | | | | | |
| | | | | | | | | 548.20 |
| Account No. | | | | **Other Bill patient credit from All Smiles Dental** | | | | |
| Dave Ryckman 157 Helm Rd Barrington, IL 60010 | X | - | | | | | | |
| | | | | | | | | 5,600.00 |

Sheet no. __**8**___ of __**33**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,850.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Audrey Marie Stirneman** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Rooney<br>4731 Bordeaux dr.<br>LITH, IL 60156 | X | - | Other Bill patient credit from All Smiles Dental | | | | 713.00 |
| Account No.<br><br>David Schacherer<br>2101 Litchfield Ct<br>LITH, IL 60156 | X | - | Other Bill patient credit from All Smiles Dental | | | | 352.20 |
| Account No. xxxxxx7645<br><br>Dental USA<br>5005 McCullom Lake Rd.<br>McHenry, IL 60050 | X | - | Other Bill All Smiles Dental instrument services | | X | | Unknown |
| Account No. **All Smiles By Dr Audrey**<br><br>Denver Advertising<br>14 Inverness Dr. East Ste A218<br>Englewood, CO 80112 | X | - | 9/2009<br>Other Bill advertising for Algonquin Smiles | | | | 1,000.00 |
| Account No.<br><br>Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0005 | X | - | 2008<br>possible unpaid FICA taxes for All Smiles Dental, P.C. 2008 | X | X | X | Unknown |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,065.20**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7142** | | | Other Bill All Smiles Dental yellow pages advertising | | | | |
| **DEX Yellow Pages** 8519 Innovation Way Chicago, IL 60682-0085 | X | - | | | | | 12,294.91 |
| Account No. **xxxxx6605** | | | Utility Bill All Smiles Dental cable TV service | | | | |
| **DirecTV** Business Service Center PO Box 5392 Maimi, FL 33152-5392 | X | - | | | | X | Unknown |
| Account No. **xxxxxxxxxxxx7515** | | | Utility Bill All Smiles Dental cable TV service | | | | |
| **Dish Network** Dept 0063 Palatine, IL 60055-0063 | X | - | | | | X | Unknown |
| Account No. | | | Other Bill patient credit from All Smiles Dental | | | | |
| **Donna Armstrong-Lowe** 4010 Spring Lake Ct LITH, IL 60156 | X | - | | | | | 478.50 |
| Account No. | | | Other Bill patient credit from All Smiles Dental | | | | |
| **Donna Jendruczek** 1127 N River Rd Algonquin, IL 60102 | X | - | | | | | 1,584.00 |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **14,357.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Other Bill patient credit from All Smiles Dental | | | | |
| **Doug Filer** **3272 Oak Knoll Road** **Carpentersville, IL 60010** | X | - | | | | | | | 338.80 |
| Account No. **xxxxxxxx0004** | | | | | Opened  3/01/00  Last Active 12/01/02 Lease | | | | |
| **Dvi Fin Svc** **707 Skokie Blvd** **Northbrook, IL 60062** | | - | | | | | | | Unknown |
| Account No. **xxxxxxxx0003** | | | | | Opened  3/01/00  Last Active 12/01/02 Lease | | | | |
| **Dvi Fin Svc** **707 Skokie Blvd** **Northbrook, IL 60062** | | - | | | | | | | Unknown |
| Account No. **xxx7889** | | | | | 12/2007-2/2008 Medical Bill medical bills | | | | |
| **Elgin Internal Medical Associates** **745 Fletcher Drive** **Elgin, IL 60123** | | - | | | | | | | 500.00 |
| Account No. **xxxxNEM2** | | | | | 10/2009 Other Bill current lab expenses for Algonquin Smiles | | | | |
| **Experience Dental Studio** **239 North 290 West** **Lindon, UT 84042** | X | - | | | | | | | 830.84 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,669.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Audrey Marie Stirneman**                                                        Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxxB001 **FGMK, LLC** **2801 Lakeside Drive, Third Floor** **Bannockburn, IL 60015** | X | - | | | services through 4/2009 **Other Bill joint accountant with husband for business accountant for All Smiles Dental, the amount claimed is the amount due for us jointly for their services** | | | | 5,415.16 |
| Account No. xx3963 **Filterfresh, Inc** **1500 East Higgins Road, Unit D** **Elk Grove Village, IL 60007** | X | - | | | 10/2009 **Other Bill current operating expense for Algonquin Smiles, PC** | | | | 778.87 |
| Account No. xx1427 **Filterfresh, Inc** **1500 East Higgins Road, Unit D** **Elk Grove Village, IL 60007** | X | - | | | **Other Bill coffee service for All Smiles Dental** | | | | 451.94 |
| Account No. x1811 **Fox Valley Fire and Safety** **2730 Pinnacle Drive** **Elgin, IL 60124** | X | - | | | **Utility Bill All Smiles Dental security service** | | | | Unknown |
| Account No. **George Ristoff** **1240 Schiedler** **Batavia, IL 60510** | X | - | | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 398.00 |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,043.97 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Audrey Marie Stirneman__ ,      Case No. _____
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Geraldine Ann Sim <br> 113 Boulder Dr. <br> Lake in the Hills, IL 60156 | | - | | | 10/19/2009 <br> Family Loan my Mom paid for my 2008 property taxes on her American Express card, I will be making the monthly payments starting in December 2009 until paid | | | | 10,444.31 |
| Account No. <br><br> Gisele Garcia <br> 1301 Tyler Lane <br> Elgin, IL 60123 | X | - | | | Other Bill patient credit from All Smiles Dental | | | | 2,800.00 |
| Account No. xxxx xxxxxxxxx #6965 <br><br> Gitlin, Busche & Stetler <br> 111 Dean Street <br> Woodstock, IL 60098 | | - | | | 5/2008-7/2008 <br> Other Lawsuit Judgement for past due legal fees. McHenry Co. case no 08 SC 4189. | | | | 10,000.00 |
| Account No. xxxxx0002 <br><br> Greater Elgin Emergency Services <br> PO Box 5940 <br> Dept 20-1105 <br> Carol Stream, IL 60197-5940 | | - | | | 7/2009 <br> Medical Bill medical services | | | | 64.00 |
| Account No. <br><br> Haydee Lopriore <br> 2921 Baldwin Lane <br> LITH, IL 60156 | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 291.30 |

Sheet no. __13__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    23,599.61
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                            ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx6924**<br><br>**Henry Schein**<br>**135 Duryea Road**<br>**Melville, NY 11747** | X | - | | | **10/2009**<br>**Other Bill current dental supplies** | | | | **537.04** |
| Account No. **All Smiles Dental**<br><br>**Heritage Plumbing**<br>**2116 Stonington Avenue**<br>**Hoffman Estates, IL 60195** | X | - | | | **Other Bill All Smiles Dental plumbing services for 1452 Merchant Dr., Algonquin** | | | | **Unknown** |
| Account No. **103**<br><br>**Holiday Inn**<br>**495 Airport Road**<br>**Elgin, IL 60123** | X | - | | | **Other Bill All Smiles Dental christmas party expenses** | | | | **Unknown** |
| Account No.<br><br>**Holly Krebs**<br>**11525 Heritage Lane**<br>**Huntley, IL 60142** | X | - | | | **Other Bill patient credit from All Smiles Dental** | | | | **607.78** |
| Account No.<br><br>**Hubert Esser**<br>**1386 Parkridge**<br>**Crystal Lake, IL 60014** | X | - | | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | **342.00** |

Sheet no. __**14**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,486.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                    ,        Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxS058**<br><br>Ice Mountain Water<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | X | - | Other Bill All Smiles Dental water service | | X | | **Unknown** |
| Account No. **xx7877**<br><br>Informs,<br>13055 Riley Street<br>Holland, MI 49424 | X | - | 10/2009<br>Other Bill dental supplies for Algonquin Smiles | | | | **52.59** |
| Account No.<br><br>Ira Stroud<br>683 Anderson Drive<br>LITH, IL 60156 | X | - | Other Bill patient credit from All Smiles Dental | | | | **296.69** |
| Account No.<br><br>James Sargent<br>5 Haverford Ct.<br>Algonquin, IL 60102 | X | - | Other Bill patient credit from All Smiles Dental | | | | **666.20** |
| Account No.<br><br>Jeannie Flannery<br>630 S. Kenilworth Ave.<br>Oak Park, IL 60304 | X | - | 9/2009-11/2009<br>Other Bill interior design fees for office | | X | | **Unknown** |

Sheet no. __**15**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,015.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Jennifer Shabec<br>9 McKinley St<br>LITH, IL 60156 | X | - | | Other Bill patient credit from All Smiles Dental | | | | 562.20 |
| Account No.<br><br>Jerry Trevino<br>1041 McPhee Dr.<br>LITH, IL 60102 | X | - | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 229.70 |
| Account No.<br><br>Jim Neutz<br>1007 Kennedy Dr.<br>Kirkland, IL 60146 | X | - | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 231.00 |
| Account No.<br><br>John Leonardi<br>110 Millard Ave<br>Fox River Gove, IL 60021 | X | - | | Other Bill patient credit from All Smiles Dental | | | | 540.30 |
| Account No.<br><br>Jorge Gomez<br>210 N Cross Trail<br>McHenry, IL 60050 | X | - | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 462.50 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,025.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman** _____ ,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Justin Canary 210 E. Algonquin Rd Algonquin, IL 60102 | X | - | | | | | | | 379.50 |
| Account No. | | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Ken Burrows 1841 Moorland Lane Crystal Lake, IL 60014 | X | - | | | | | | | 316.00 |
| Account No. | | | | | unknown Other Bill loans provided to All Smiles Dental for working capital; debtor did not have any communications with creditor regarding said loan | | | X | |
| Ken Stirneman 4726 Monterey Drive Winter Haven, FL 33880 | X | - | | | | | | | 217,764.00 |
| Account No. | | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Kenneth Louise 951 McPhee Dr. LITH, IL 60102 | X | - | | | | | | | 280.60 |
| Account No. | | | | | Other Bill patient credit from All Smiles Dental | | | | |
| Kent Farbelow 1114 Cherry Street LITH, IL 60156 | X | - | | | | | | | 549.80 |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219,289.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman** ,                                    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>Kim fetzer<br>1107 Burr St<br>LITH, IL 60156 | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 226.60 |
| Account No.<br><br>Kim Flanagan<br>Algonquin, IL 60102 | X | - | | | Other Bill patient credit from All Smiles Dental | | | | 511.20 |
| Account No. xxxx0492<br><br>Komet USA LLC<br>454 South Anderson Road, Suite 14<br>Rock Hill, SC 29730 | X | - | | | Other Bill All Smiles Dental dental supplies | | | | Unknown |
| Account No. **All Smiles Dental**<br><br>KZS/Blenner Insurance Agency<br>302 W Campbell<br>Arlington Heights, IL 60005 | X | - | | | Other Bill This is the property insurance for 1452 Merchant Drive. | | | | Unknown |
| Account No. xxxxxxxxxxxx1534<br><br>Lane Bryant<br>Po Box 182125<br>Columbus, OH 43218 | | - | | | Opened 10/04/04  Last Active  8/30/05 ChargeAccount | | | | Unknown |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                737.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxxx2891** <br><br> **Lane Bryant Retail/soa** <br> **450 Winks Ln** <br> **Bensalem, PA 19020** | | - | | | Opened 10/01/04  Last Active  8/30/05 CreditCard | | | | **Unknown** |
| Account No. <br><br> **Lang Shelton** <br> **250 Riversview** <br> **Carpentersville, IL 60110** | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | **800.30** |
| Account No. <br><br> **Laurie Sheriff** <br> **1388 Candlewood Dr.** <br> **Crystal Lake, IL 60014** | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | **613.99** |
| Account No. <br><br> **Levin & Brend, PC** <br> **20 North Wacker Drive** <br> **Chicago, IL 60606** | | - | | | 10/2008-10/2009 Other Bill legal fees | | | | **112,459.73** |
| Account No. <br><br> **Lindsey Martinez** <br> **24 Dellwood Ct** <br> **Algonquin, IL 60102** | X | - | | | Other Bill patient credit from All Smiles Dental | | | | **445.00** |

Sheet no. __19__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**114,319.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Other Bill patient credit from All Smiles Dental | | | | |
| Lisa Dressel 609 Plum Grove Road Apt 1B Roselle, IL 60172 | X | - | | | | | | 359.00 |
| Account No. xxxxxxxxxxxxx0147 | | | | Opened  7/01/03  Last Active  5/01/04 ConventionalRealEstateMortgage | | | | |
| Litton Loan Servicing Attention:  Bankruptcy 4828 Loop Central Drive Houston, TX 77081 | | - | | | | | | Unknown |
| Account No. | | | | Other Bill patient credit from All Smiles Dental | | | | |
| Maggie Hittie 2020 Carlisle St Algonquin, IL 60102 | X | - | | | | | | 1,624.80 |
| Account No. All Smiles Dental | | | | Other Bill All Smiles Dental supplies | | | | |
| Materialise Dental, Inc. 810-X Cromwell Park Drive Glen Burnie, MD 21061 | X | - | | | | | X | Unknown |
| Account No. | | | | 6/2009-9/2009 Other Bill legal fees | | | | |
| Maxwell Law Group, LLC 105 West Adams, Suite 3200 Chicago, IL 60603 | | - | | | | | | 15,625.00 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,608.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                                                              ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxx8017**<br><br>**Medical Arts Press**<br>**PO Box 37647**<br>**Philadelphia, PA 19101-0647** | X | - | | | **Other Bill All Smiles Dental dental supplies** | | | | 0.00 |
| Account No. **xxxx7830**<br><br>**Medical Arts Press**<br>**PO Box 37647**<br>**Philadelphia, PA 19101-0647** | X | - | | | **10/2009**<br>**Other Bill dental supplies for Algonquin Smiles** | | | | 78.08 |
| Account No.<br><br>**Michelle Banaszynski**<br>**11356 Central Park Blvd**<br>**Huntley, IL 60142** | X | - | | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 206.25 |
| Account No.<br><br>**Michelle Zmick, DDS**<br>**5246 RFD**<br>**Long Grove, IL 60047-9794** | X | - | | | **unknown**<br>**Other Bill for professional services rendered for All Smiles Dental** | | | X | Unknown |
| Account No.<br><br>**Miguel Sanchez**<br>**20 W. Algonquin Rd.**<br>**Algonquin, IL 60102** | X | - | | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 250.00 |

Sheet no. __**21**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

534.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                                                        ,   Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Miguel Zarate**<br>**909 Hilltop Blvd**<br>**McHenry, IL 60050** | X | - | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 274.00 |
| Account No.<br><br>**Mike Coley**<br>**255 Columbine St**<br>**Crystal Lake, IL 60014** | X | - | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 652.00 |
| Account No.<br><br>**Mike Tiedje**<br>**1141 Starwood Pass**<br>**LITH, IL 60102** | X | - | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 456.80 |
| Account No.<br><br>**Missy Toynton**<br>**9543 Bristol Lane**<br>**Huntley, IL 60142** | X | - | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 632.00 |
| Account No.<br><br>**Misty Clemons**<br>**887-3 Golf Course Road**<br>**Crystal Lake, IL 60014** | X | - | | **Other Bill patient credit from All Smiles Dental** | | | | 414.00 |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,428.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Nancy A, Summers** <br>**117 W. Slade Street, Suite 6** <br>**Palatine, IL 60067** | - | | | **variouis** <br>**legal fees** | | | | 1,498.53 |
| Account No. **xxxxxxxxxx0574** <br><br> **Nelnet** <br>**Attn: Claims** <br>**Po Box 17460** <br>**Denver, CO 80217** | - | | | **Opened  8/01/96  Last Active  8/21/09** <br>**Educational** | | | | 82,312.00 |
| Account No. **xxxxxxx-xxx6091** <br><br> **Neopost, Inc.** <br>**PO Box 45800** <br>**San Francisco, CA 94145-0800** | X - | | | **Other Bill All Smiles Dental postage service** | | | | Unknown |
| Account No. <br><br> **Nick Duris** <br>**2121 Orchard Lane** <br>**Carpentersville, IL 60110** | X - | | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 254.00 |
| Account No. **xx-xx-xx-x000 4** <br><br> **Nicor Gas** <br>**PO Box 2020** <br>**Aurora, IL 60507-2020** | X - | | | **Other Bill All Smiles Dental gas service** | | | | 915.51 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,980.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman**
,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-x000 0** <br><br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507-0632** | | - | **10/2009** <br> **Utility Bill current home gas service** | | | | **30.15** |
| Account No. **x5375** <br><br> **Nobel Biocare** <br> **22715 Savi Ranch** <br> **Yorba Linda, CA 92887** | X | - | **Other Bill All Smiles Dental implant supplies** | X | X | | **Unknown** |
| Account No. **xx2113** <br><br> **Nobel Biocare USA, LLC** <br> **PO Box 31001-0845** <br> **Pasadena, CA 91110-0845** | X | - | **9/2009** <br> **Other Bill implant supplies for Algonquin Smiles** | | | | **1,198.84** |
| Account No. **xx8375** <br><br> **Northwest Dental Lab** <br> **6741 Castor Ave** <br> **Philadelphia, PA 19149** | X | - | **Other Bill All Smiles Dental laboratory fees** | X | X | | **Unknown** |
| Account No. **x6391** <br><br> **Orapharma, Inc.** <br> **12914 Collections Center Drive** <br> **Chicago, IL 60693** | X | - | **Other Bill All Smiles Dental dental supplies** | | | | **Unknown** |

Sheet no. __**24**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,228.99**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9605**<br><br>**Osteohealth**<br>**PO Box 9147**<br>**Uniondale, NY 11555-9147** | X | - | Other Bill All Smiles Dental dental supplies | | | | **Unknown** |
| Account No. **All Smiles Dental**<br><br>**Parvin Clauss Sign Company**<br>**165 Tubeway Drive**<br>**Carol Stream, IL 60188** | X | - | Other Bill All Smiles Dental signage | | | | **Unknown** |
| Account No.<br><br>**Patrick Kennedy**<br>**8706 Oakwood Dr**<br>**Crystal Lake, IL 60014** | X | - | Other Bill patient credit from All Smiles Dental | | | | **1,144.00** |
| Account No. **xxxxxxx6770**<br><br>**Patterson Dental Supply, Inc.**<br>**23254 Network Place**<br>**Chicago, IL 60673-1232** | X | - | Other Bill All Smiles Dental dental supplies | | | | **Unknown** |
| Account No. **xxxxxxx22 10**<br><br>**Patterson Dental Supply, Inc.**<br>**23254 Network Place**<br>**Chicago, IL 60673-1232** | X | - | **8/2009-10/2009**<br>Other Bill dental supplies for Algonquin Smiles | | | | **1,553.71** |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,697.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Peggy Schmidt 417 Cedar Street LITH, IL 60156 | X | - | | | | | | 225.00 |
| Account No. | | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | |
| Phil Cook 173 Old Farm Road Carpentersville, IL 60110 | X | - | | | | | | 685.80 |
| Account No.  All Smiles Dental | | | | Other Bill Advertising on bill board on Rt 62 Algonquin | | | | |
| Phil Hellyer 6716 South Route 31 Crystal Lake, IL 60014 | X | - | | | X | X | | Unknown |
| Account No. | | | | 9/2008-10/2008 Other Bill legal fees | | | | |
| Polachek & Polachek 1000 hart Road, Suite 300 Barrington, IL 60010 | | - | | | | | | 760.50 |
| Account No. xxxxx2918 | | | | Other Bill All Smiles Dental dental supplies | | | | |
| Proctor and Gamble PO Box 4751 Martinsville, VA 24115-4751 | X | - | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __26__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,671.30 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Ranata Snellen 141 Ensanada Dr. Carpentersville, IL 60110 | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 649.00 |
| Account No.  Raul Quinones 11820 Niagra Lane Huntley, IL 60142 | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 258.40 |
| Account No. **2039, xxx xxxxxx xxntal**  RH Medical 13948 S Hoxie Burnham, IL 60633 | X | - | | | Other Bill All Smiles Dental bill for gas | | | | Unknown |
| Account No.  Rick Caruso 10890 Potomac Dr. Huntley, IL 60143 | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 1,954.70 |
| Account No.  Rose-Anna Robles 4170 Bunker Hill Drive Algonquin, IL 60120 | X | - | | | Other Bill patient may have credit for dental work done at All Smiles Dental | | | | 462.00 |

Sheet no. __27__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,324.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Audrey Marie Stirneman**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x5201**<br><br>RTI Biologics Inc.<br>PO Box 11404<br>Columbia, SC 29211-1404 | X | - | | | Other Bill All Smiles Dental dental supplies | | | | **Unknown** |
| Account No.<br><br>Samantha Fenske<br>10598 Scott Drive<br>Huntley, IL 60142 | X | - | | | Other Bill patient credit from All Smiles Dental | | | | **439.60** |
| Account No. **xxxx6737**<br><br>Saxon Mortgage Sercive<br>4708 Mercantile Dr. North<br>jFortworth, TX 76137 | | | | | Opened  9/01/98  Last Active  8/01/04<br>ConventionalRealEstateMortgage | | | | **Unknown** |
| Account No. **xxD002**<br><br>Schick<br>30-00 47th Avenue<br>Long Island, NY 11101 | X | - | | | Other Bill All Smiles Dental warranty for xray equipment | | | | **Unknown** |
| Account No.<br><br>Shane Nemmers<br>4731 Bordeaux hr<br>LITH, IL 60156 | X | - | | | Other Bill patient credit from All Smiles Dental | | | | **1,608.00** |

Sheet no. __**28**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,047.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Sharon Reed**<br>**3405 Woods Creek Lane**<br>**Algonquin, IL 60102** | X | - | | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 440.00 |
| Account No. **xxxxxxx xx1061**<br><br>**Sherman Benefit Manager**<br>**PO Box 93719**<br>**Attn Pat Rosson**<br>**Chicago, IL 60673-3719** | X | - | | | **Other Bill All Smiles Dental debt for flu shots** | | | | Unknown |
| Account No. **xxxxxxx4130**<br><br>**Sherman Hospital**<br>**35134 Eagle Way**<br>**Chicago, IL 60678-1351** | | | | | **9/2009**<br>**Medical Bill current personal health expense** | | | | 150.17 |
| Account No. **xxxx5477**<br><br>**Sherman Speciality Compnay**<br>**300 Jerico Quadrangle, Suite 240**<br>**Jericho, NY 11753** | X | - | | | **2008,2009**<br>**Other Bill dental supplies for All Smiles Dental** | | | | Unknown |
| Account No. **All Smiles HD Jaco-A**<br><br>**Side Effects, Inc**<br>**259 Industrial Drive**<br>**Franklin, OH 45005** | X | - | | | **10/2009**<br>**Other Bill advertising for Algonquin Smiles** | | | | 500.00 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,090.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Audrey Marie Stirneman**                                           Case No. _____
                                                                ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Smaiah Ali**<br>**2610 Williamsburg Dr.**<br>**Algonquin, IL 60102** | X | - | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 430.00 |
| Account No. **xx6119**<br><br>**Smilemakers**<br>**PO Box 2543**<br>**Spartanburg, SC 29304** | X | - | **10/2009**<br>**Other Bill dental supplies for Algonquin Smiles** | | | | 53.09 |
| Account No. **xxxxxx6002**<br><br>**SomerCor 504, Inc.**<br>**601 South LaSalle St., #510**<br>**Chicago, IL 60605** | X | - | **unknown**<br>**Other Loan SBA loan for All Smiles Dental, was used to pay for the remainder of the build out at 1452 Merchant Dr.** | | | | 1,509,660.36 |
| Account No.<br><br>**State of Illinois**<br>**Department of Employment Security**<br>**33 S. State**<br>**Chicago, IL 60603-2802** | X | - | **2008**<br>**possible unpaid unemployment contributions for All Smiles Dental, P.C. employees for 2008** | X | X | | Unknown |
| Account No.<br><br>**Sue Dunn**<br>**609 Thackery Lane**<br>**Fox River Grove, IL 60021** | X | - | **2007-2008**<br>**Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | 65,955.00 |

Sheet no. __**30**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,576,098.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Audrey Marie Stirneman_____,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxx184A | | | - | unknown<br>Store Card Online store card | | | | |
| Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | | | | | | | 310.92 |
| Account No. xx7327 | X | | - | 2008<br>Other Bill on hold service for All Smiles Dental | | | | |
| Televox Software, Inc<br>Department 1343<br>Denver, CO 80256-0001 | | | | | | | | Unknown |
| Account No. | | | - | various<br>Legal Services-not inclusive of Chapter 7 Bankruptcy | | | | |
| The "Doc" Elliot Pollock Law Practi<br>P.O. Box A-3220<br>Chicago, IL 60690-3220 | | | | | | | | 27,641.25 |
| Account No. xxxx3614 | | | - | Opened 4/01/05 Last Active 4/24/09<br>Automobile | X | X | | |
| The American Natl Bk O<br>124 S Main St<br>Sycamore, IL 60178 | | | | | | | | Unknown |
| Account No. xx xxxx0771 | X | | - | Other Bill 2008 workers comp for All Smiles Dental | X | X | | |
| The Hartford<br>8711 University East Dr.<br>Charlotte, NC 28213 | | | | | | | | Unknown |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,952.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Audrey Marie Stirneman**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Timothy Stirneman, DDS** <br> **2305 Loop Road** <br> **Algonquin, IL 60102** | | W | | 1/2009-10-2009 <br> **Other Bill claims in adversary case for operating expenses** | X | X | X | <br><br><br> **Unknown** |
| Account No. **All Smiles Dental** <br><br> **Triatic Mechanical Ltd.** <br> **284 Palatine Road** <br> **Wheeling, IL 60090** | X | - | | **Other Bill All Smiles Dental repairs to HVAC** | | | | <br><br><br> **Unknown** |
| Account No. <br><br> **Trisha Klein** <br> **621 Driftwood Lane** <br> **Harvard, IL 60033** | X | - | | **Other Bill patient may have credit for dental work done at All Smiles Dental** | | | | <br><br><br> **673.00** |
| Account No. **xxxxxx7775** <br><br> **UBT, Adminstered by Nelnet, Inc.** <br> **PO Box 2877** <br> **Omaha, NE 68103-2877** | | - | | 9/1989-5/1993 <br> **Student Loan student loan, in deferment through 9/18/2010** | | | | <br><br><br> **82,312.32** |
| Account No. **xx7787** <br><br> **Ultradent Products, Inc** <br> **PO Box 410804** <br> **SLC, UT 84141-0804** | X | - | | **Other Bill dental supplies for All Smiles Dental** | | | | <br><br><br> **2,399.42** |

| | |
|---|---|
| Sheet no. __32__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) |
| | **85,384.74** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Audrey Marie Stirneman**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill patient credit from All Smiles Dental | | | | |
| Vicki Budd 5 Edgebrook Court Algonquin, IL 60102 | X | - | | | | | | 808.00 |
| Account No. | | | | Other Bill patient credit from All Smiles Dental | | | | |
| Vicki Tom 1620 Farmhill Drive Algonquin, IL 60102 | X | - | | | | | | 508.80 |
| Account No.  All Smiles Dental | | | | Other Bill All Smiles Dental HVAC service | | | | |
| Wuich Mechanical Services PO Box 187 Huntley, IL 60142 | X | - | | | | | | 786.00 |
| Account No.  xx4374 | | | | Other Bill All Smiles Dental supplies | | | | |
| Zimmer Dental Inc. 1900 Aston Avenue Carlsbad, CA 92008-7216 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,102.80**

Total
(Report on Summary of Schedules)         **5,652,266.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Audrey Marie Stirneman**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **AAA Insurance**<br>**1 Auto Club Drive**<br>**Dearborn, MI 48126** | **Contract HOM013969392 signed 3-25-2009 expires**<br>**3-25-2010 home owners insurance contract** |
| **AAA Insurance**<br>**1 Auto Club Drive**<br>**Dearborn, MI 48126** | **Contract AUTO21852810 signed 6-5-2009 expires**<br>**6-5-2010 auto insurance** |
| **Assurant Health**<br>**PO Box 3175**<br>**Milwaukee, WI 53201-3175** | **Contract ST7737666 short term health insurance** |
| **AT&T**<br>**PO Box 6428**<br>**Carol Stream, IL 60197-6428** | **Contract 278938522 signed 9-30-2007 expires**<br>**9-30-2010 cell phone contract** |
| **Bell Auto Leasing**<br>**2296 N Rand Road**<br>**Palatine, IL 60074** | **Lessee on Lease 00010003652 car lease** |
| **Blenner Insurance**<br>**302 W. Campbell Street**<br>**Arlington Heights, IL 60005-1414** | **Contract EDN0035167 signed 2-16-2009 expires**<br>**2-16-2012 malpractice insurance policy** |
| **Blenner Insurance**<br>**302 W Campbell Street**<br>**Arlington Heights, IL 60005-1414** | **Contract Algonquin Smiles, PC builder's risk,**<br>**property and umbrella policy for Algonquin**<br>**Smiles, PC** |
| **Blenner Insurance**<br>**302 W. Campbell Street**<br>**Arlington Heights, IL 60005-1414** | **Contract EDN0023285 signed 7-01-2008 property**<br>**insurance for 1452 Merchant Drive, Algonquin, IL**<br>**60102** |
| **Great West Life Insurance**<br>**PO Box 340**<br>**Denver, CO 80201** | **Contract 372981 signed 4-2-2009 life insurance**<br>**policy** |
| **KRES Equities LLC**<br>**221 Church St**<br>**Woodstock, IL 60098** | **Lessee on Lease All Smiles By Dr Audrey signed**<br>**9-1-2009 expires 3-31-2019 Lease is for**<br>**nonresidential real property lease for the office**<br>**space for Algonquin Smiles, PC** |
| **Lifetime Fitness**<br>**451 Rolls Drive**<br>**Algonquin, IL 60102** | **Contract 103580919 gym membership** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Audrey Marie Stirneman**                                ,   Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Nicor Gas**<br>**Customer Contract Dept 1E**<br>**PO Box 190**<br>**Aurora, IL 60507-0190** | **Contract Meter no. 06NG4250659 gas service contract for Algonquin Smiles, PC with my personal guaranty** |
| **Rockenbach Chevrolet**<br>**P.O. Box 309**<br>**Grayslake, IL 60030** | **Co-lessee with Dr. Timothy Stireman on 1999 Chevrolet Suburban** |
| **Route 31-24 Hour Self Storage**<br>**8405 Il Route 31**<br>**Cary, IL 60013** | **Lessee on Contract Unit for 112 Audrey Stirneman storage unit** |
| **Waste Management**<br>**IL-North**<br>**22333 Route 1/3**<br>**Antioch, IL 60002** | **Contract algonquin smiles signed 11/3/2009 waste services for Algonquin Smiles, PC at 785 S Randall Road, Algonquin** |
| **Wells Fargo Bank, NA**<br>**Map A0347-023**<br>**1200 Montego Way**<br>**Walnut Creek, CA 94598** | **Lessee on Lease All Smiles By Dr Audrey signed 11-08-2009 expires 11-08-2014 contract for credit processing terminal with deposit services for Algonquin Smiles, PC DBA All Smiles By Dr Audrey** |

Sheet  __1__  of  __1__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Audrey Marie Stirneman**                                          Case No. _____

                                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **ADT Security Systems, Inc**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Allied Benefits Systems, Inc**<br>**208 S. LaSalle St**<br>**Suite 1300**<br>**Chicago, IL 60604** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Andrews Construction**<br>**880 E. Oak St. Ste. 2**<br>**Lake in the Hills, IL 60156** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Wells Fargo Bank, NA**<br>**121 S. Market Street, 6th Floor**<br>**San Jose, CA 95113-2209** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Benco Dental**<br>**11 Bear Creek Blvd.**<br>**PO Box 1108**<br>**Wilkes- Barre, PA 18773-1108** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Denver Advertising**<br>**14 Inverness Dr. East Ste A218**<br>**Englewood, CO 80112** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Experience Dental Studio**<br>**239 North 290 West**<br>**Lindon, UT 84042** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Filterfresh, Inc**<br>**1500 East Higgins Road, Unit D**<br>**Elk Grove Village, IL 60007** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Henry Schein**<br>**135 Duryea Road**<br>**Melville, NY 11747** |

**20**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Audrey Marie Stirneman**                                          ,    Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Informs,**<br>**13055 Riley Street**<br>**Holland, MI 49424** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Medical Arts Press**<br>**PO Box 37647**<br>**Philadelphia, PA 19101-0647** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Nobel Biocare USA, LLC**<br>**PO Box 31001-0845**<br>**Pasadena, CA 91110-0845** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Patterson Dental Supply, Inc.**<br>**23254 Network Place**<br>**Chicago, IL 60673-1232** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Side Effects, Inc**<br>**259 Industrial Drive**<br>**Franklin, OH 45005** |
| **Algonquin Smiles, P.C.**<br>**785 S. Randall Road**<br>**Algonquin, IL 60102** | **Smilemakers**<br>**PO Box 2543**<br>**Spartanburg, SC 29304** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DeLage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **OFC Capital Corporation**<br>**576 Colonial Park Dr., #200**<br>**Roswell, GA 30075** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Royal Bank America Leasing**<br>**550 Township Line Rd. #425**<br>**Blue Bell, PA 19422** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **US Bank Healthcare Finance Services**<br>**1310 Madrid St. #105**<br>**Marshall, MN 56258** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Abrix Group, LP**<br>**3400 Dundee Road, Suite 200**<br>**Northbrook, IL 60062** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ace Surgical Supply**<br>**1034 Pearl Street**<br>**PO Box 1710**<br>**Brockton, MA 02303** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Allied Waste Services**<br>**1330 Gasket Drive**<br>**Elgin, IL 60120** |

Sheet __1__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                                                ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Angel Phelps**<br>**896 Bennington**<br>**Crystal Lake, IL 60015** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Angie Corrado**<br>**19N175 W Woodview Parkway**<br>**Hampshire, IL 60140** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Benco Dental**<br>**11 Bear Creek Blvd.**<br>**PO Box 1108**<br>**Wilkes-Barre, PA 18773-1108** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Berrel Cook**<br>**258 Charlotte Ct.**<br>**Cary, IL 60013** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Bob Cozza**<br>**1130 Greenridge**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Bob Rohde**<br>**325 Tecumseh Tr. Apt. 110**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Briarwood Office Center II**<br>**1005 Alexander Ct., Unit F**<br>**Cary, IL 60013** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Briarwood Office Center II, LLC**<br>**1005 Alexander Court Unit F**<br>**Cary, IL 60013** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Candace Schumacher**<br>**830 Fox Run Lane**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Carbonic Gas Service, Inc.**<br>**32570 Genoa Rd.**<br>**Genoa, IL 60135** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Chevy O'Brien**<br>**550 Tenby Way**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Chris McArdle**<br>**240 Terramere Lane**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Chrissy Lieber**<br>**355 Menon Drive**<br>**Cary, IL 60013** |

Sheet __2__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Audrey Marie Stirneman**                                          ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Comcast Spotlight**<br>**O'Hare Plaza 1**<br>**8745 West Higgins Road, 4th Floor**<br>**Chicago, IL 60631** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **ComEd**<br>**PO Box 6112**<br>**Carol Stream, IL 60197-6112** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Crystal Lake Bank and Trust**<br>**70 N. Williams St.**<br>**Crystal Lake, IL 60014** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dan Kowalski**<br>**1323 Cunat Court 1G**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Danielle Steinke**<br>**1760 Hartford Lane**<br>**Crystal Lake, IL 60014** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dave Ryckman**<br>**157 Helm Rd**<br>**Barrington, IL 60010** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **David Rooney**<br>**4731 Bordeaux dr.**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **David Schacherer**<br>**2101 Litchfield Ct**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dental USA**<br>**5005 McCullom Lake Rd.**<br>**McHenry, IL 60050** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DEX Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DirecTV**<br>**Business Service Center**<br>**PO Box 5392**<br>**Maimi, FL 33152-5392** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dish Network**<br>**Dept 0063**<br>**Palatine, IL 60055-0063** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Donna Armstrong-Lowe**<br>**4010 Spring Lake Ct**<br>**LITH, IL 60156** |

Sheet __3__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                          ,    Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Donna Jendruczek**<br>**1127 N River Rd**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Doug Filer**<br>**3272 Oak Knoll Road**<br>**Carpentersville, IL 60010** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Filterfresh, Inc**<br>**1500 East Higgins Road, Unit D**<br>**Elk Grove Village, IL 60007** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Fox Valley Fire and Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **George Ristoff**<br>**1240 Schiedler**<br>**Batavia, IL 60510** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Gisele Garcia**<br>**1301 Tyler Lane**<br>**Elgin, IL 60123** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Haydee Lopriore**<br>**2921 Baldwin Lane**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Heritage Plumbing**<br>**2116 Stonington Avenue**<br>**Hoffman Estates, IL 60195** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Holiday Inn**<br>**495 Airport Road**<br>**Elgin, IL 60123** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Holly Krebs**<br>**11525 Heritage Lane**<br>**Huntley, IL 60142** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Hubert Esser**<br>**1386 Parkridge**<br>**Crystal Lake, IL 60014** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ice Mountain Water**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ira Stroud**<br>**683 Anderson Drive**<br>**LITH, IL 60156** |

Sheet __4__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                                    ,     Case No. _____

                                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **James Sargent**<br>**5 Haverford Ct.**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jeannie Flannery**<br>**630 S. Kenilworth Ave.**<br>**Oak Park, IL 60304** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jennifer Shabec**<br>**9 McKinley St**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jerry Trevino**<br>**1041 McPhee Dr.**<br>**LITH, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jim Neutz**<br>**1007 Kennedy Dr.**<br>**Kirkland, IL 60146** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **John Leonardi**<br>**110 Millard Ave**<br>**Fox River Gove, IL 60021** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jorge Gomez**<br>**210 N Cross Trail**<br>**McHenry, IL 60050** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Justin Canary**<br>**210 E. Algonquin Rd**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ken Burrows**<br>**1841 Moorland Lane**<br>**Crystal Lake, IL 60014** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kenneth Louise**<br>**951 McPhee Dr.**<br>**LITH, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kent Farbelow**<br>**1114 Cherry Street**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kim fetzer**<br>**1107 Burr St**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kim Flanagan**<br>**Algonquin, IL 60102** |

Sheet **5** of **20** continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Audrey Marie Stirneman**                                        Case No. _____
                                                              ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Komet USA LLC<br>454 South Anderson Road, Suite 14<br>Rock Hill, SC 29730 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | KZS/Blenner Insurance Agency<br>302 W Campbell<br>Arlington Heights, IL 60005 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Lang Shelton<br>250 Riverview<br>Carpentersville, IL 60110 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Laurie Sheriff<br>1388 Candlewood Dr.<br>Crystal Lake, IL 60014 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Lindsey Martinez<br>24 Dellwood Ct<br>Algonquin, IL 60102 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Lisa Dressel<br>609 Plum Grove Road Apt 1B<br>Roselle, IL 60172 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Maggie Hittie<br>2020 Carlisle St<br>Algonquin, IL 60102 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Materialise Dental, Inc.<br>810-X Cromwell Park Drive<br>Glen Burnie, MD 21061 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Medical Arts Press<br>PO Box 37647<br>Philadelphia, PA 19101-0647 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Michelle Banaszynski<br>11356 Central Park Blvd<br>Huntley, IL 60142 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Michelle Zmick, DDS<br>5246 RFD<br>Long Grove, IL 60047-9794 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Miguel Sanchez<br>20 W. Algonquin Rd.<br>Algonquin, IL 60102 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Miguel Zarate<br>909 Hilltop Blvd<br>McHenry, IL 60050 |

Sheet __6__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Audrey Marie Stirneman**                                                      ,    Case No. _____

                                                           Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Mike Coley<br>255 Columbine St<br>Crystal Lake, IL 60014 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Mike Tiedje<br>1141 Starwood Pass<br>LITH, IL 60102 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Missy Toynton<br>9543 Bristol Lane<br>Huntley, IL 60142 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Misty Clemons<br>887-3 Golf Course Road<br>Crystal Lake, IL 60014 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Neopost, Inc.<br>PO Box 45800<br>San Francisco, CA 94145-0800 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Nick Duris<br>2121 Orchard Lane<br>Carpentersville, IL 60110 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Nicor Gas<br>PO Box 2020<br>Aurora, IL 60507-2020 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Nobel Biocare<br>22715 Savi Ranch<br>Yorba Linda, CA 92887 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Northwest Dental Lab<br>6741 Castor Ave<br>Philadelphia, PA 19149 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Orapharma, Inc.<br>12914 Collections Center Drive<br>Chicago, IL 60693 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Osteohealth<br>PO Box 9147<br>Uniondale, NY 11555-9147 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Parvin Clauss SIgn Company<br>165 Tubeway Drive<br>Carol Stream, IL 60188 |
| All Smiles Dental, P.C.<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Patrick Kennedy<br>8706 Oakwood Dr<br>Crystal Lake, IL 60014 |

Sheet __7__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Patterson Dental Supply, Inc.**<br>**23254 Network Place**<br>**Chicago, IL 60673-1232** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Peggy Schmidt**<br>**417 Cedar Street**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Phil Cook**<br>**173 Old Farm Road**<br>**Carpentersville, IL 60110** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Phil Hellyer**<br>**6716 South Route 31**<br>**Crystal Lake, IL 60014** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Proctor and Gamble**<br>**PO Box 4751**<br>**Martinsville, VA 24115-4751** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ranata Snellen**<br>**141 Ensanada Dr.**<br>**Carpentersville, IL 60110** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Raul Quinones**<br>**11820 Niagra Lane**<br>**Huntley, IL 60142** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **RH Medical**<br>**13948 S Hoxie**<br>**Burnham, IL 60633** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Rick Caruso**<br>**10890 Potomac Dr.**<br>**Huntley, IL 60143** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Rose-Anna Robles**<br>**4170 Bunker Hill Drive**<br>**Algonquin, IL 60120** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **RTI Biologics Inc.**<br>**PO Box 11404**<br>**Columbia, SC 29211-1404** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Samantha Fenske**<br>**10598 Scott Drive**<br>**Huntley, IL 60142** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Schick**<br>**30-00 47th Avenue**<br>**Long Island, NY 11101** |

Sheet __8__ of __20__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Audrey Marie Stirneman**                                                    ,    Case No. _____

                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Shane Nemmers**<br>**4731 Bordeaux hr**<br>**LITH, IL 60156** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sharon Reed**<br>**3405 Woods Creek Lane**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sherman Benefit Manager**<br>**PO Box 93719**<br>**Attn Pat Rosson**<br>**Chicago, IL 60673-3719** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sherman Speciality Compnay**<br>**300 Jerico Quadrangle, Suite 240**<br>**Jericho, NY 11753** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Smaiah Ali**<br>**2610 Williamsburg Dr.**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **SomerCor 504, Inc.**<br>**601 South LaSalle St., #510**<br>**Chicago, IL 60605** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sue Dunn**<br>**609 Thackery Lane**<br>**Fox River Grove, IL 60021** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Televox Software, Inc**<br>**Department 1343**<br>**Denver, CO 80256-0001** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **The Hartford**<br>**8711 University East Dr.**<br>**Charlotte, NC 28213** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Triatic Mechanical Ltd.**<br>**284 Palatine Road**<br>**Wheeling, IL 60090** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Trisha Klein**<br>**621 Driftwood Lane**<br>**Harvard, IL 60033** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ultradent Products, Inc**<br>**PO Box 410804**<br>**SLC, UT 84141-0804** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Vicki Budd**<br>**5 Edgebrook Court**<br>**Algonquin, IL 60102** |

Sheet __**9**__ of __**20**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Audrey Marie Stirneman**                                          ,   Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Vicki Tom**<br>**1620 Farmhill Drive**<br>**Algonquin, IL 60102** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Wuich Mechanical Services**<br>**PO Box 187**<br>**Huntley, IL 60142** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Zimmer Dental Inc.**<br>**1900 Aston Avenue**<br>**Carlsbad, CA 92008-7216** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Department of Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0005** |
| **All Smiles Dental, P.C.**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **State of Illinois**<br>**Department of Employment Security**<br>**33 S. State**<br>**Chicago, IL 60603-2802** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Charter One Bank**<br>**1215 Superior Ave.**<br>**Cleveland, OH 44114-3299** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **American National Bank of DeKalb County**<br>**124 South Main Street**<br>**Sycamore, IL 60178** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DVCMC Association Manager**<br>**PO Box 277090**<br>**Atlanta, GA 30384** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DeLage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **OFC Capital Corporation**<br>**576 Colonial Park Dr., #200**<br>**Roswell, GA 30075** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Royal Bank America Leasing**<br>**550 Township Line Rd. #425**<br>**Blue Bell, PA 19422** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **US Bank Healthcare Finance Services**<br>**1310 Madrid St. #105**<br>**Marshall, MN 56258** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Illinois Department of Revenue**<br>**PO Box 19006**<br>**Springfield, IL 62794-9006** |

Sheet ___**10**___ of ___**20**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Audrey Marie Stirneman**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Illinois Department of Revenue**<br>**PO Box 19006**<br>**Springfiled, IL 62794-9006** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Internal Revenue Service**<br>**PO Box 9019**<br>**Holtsville, NY 11742-9019** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Internal Revenue Service**<br>**PO Box 9019**<br>**Holtsville, NY 11742-9019** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Internal Revenue Service**<br>**Cincinnati, OH 45999-0039** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Internal Revenue Service**<br>**Cincinnati, OH 45999-0039** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **McHenry County Treasurer**<br>**Government Center**<br>**2200 N. Seminary Avenue**<br>**Woodstock, IL 60098** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Abrix Group, LP**<br>**3400 Dundee Road, Suite 200**<br>**Northbrook, IL 60062** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ace Surgical Supply**<br>**1034 Pearl Street**<br>**PO Box 1710**<br>**Brockton, MA 02303** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Allied Waste Services**<br>**1330 Gasket Drive**<br>**Elgin, IL 60120** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Angel Phelps**<br>**896 Bennington**<br>**Crystal Lake, IL 60015** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Angie Corrado**<br>**19N175 W Woodview Parkway**<br>**Hampshire, IL 60140** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Benco Dental**<br>**11 Bear Creek Blvd.**<br>**PO Box 1108**<br>**Wilkes-Barre, PA 18773-1108** |

Sheet __**11**__ of __**20**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re   **Audrey Marie Stirneman**                                                              ,   Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Berrel Cook<br>258 Charlotte Ct.<br>Cary, IL 60013 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Bob Cozza<br>1130 Greenridge<br>Algonquin, IL 60102 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Bob Rohde<br>325 Tecumseh Tr. Apt. 110<br>LITH, IL 60156 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Briarwood Office Center II<br>1005 Alexander Ct., Unit F<br>Cary, IL 60013 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Briarwood Office Center II, LLC<br>1005 Alexander Court Unit F<br>Cary, IL 60013 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Broadview Security<br>PO Box 70834<br>Charlotte, NC 28272-0834 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Candace Schumacher<br>830 Fox Run Lane<br>Algonquin, IL 60102 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Carbonic Gas Service, Inc.<br>32570 Genoa Rd.<br>Genoa, IL 60135 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Charter One Bank<br>1215 Superior Ave.<br>Cleveland, OH 44114-3299 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Chevy O'Brien<br>550 Tenby Way<br>Algonquin, IL 60102 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Chris McArdle<br>240 Terramere Lane<br>LITH, IL 60156 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Chrissy Lieber<br>355 Menon Drive<br>Cary, IL 60013 |
| Dr. Timothy Stirneman<br>1452 Merchant Drive<br>Algonquin, IL 60102 | Comcast Spotlight<br>O'Hare Plaza 1<br>8745 West Higgins Road, 4th Floor<br>Chicago, IL 60631 |

Sheet  **12**  of  **20**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Audrey Marie Stirneman**                                                            ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **ComEd**<br>**PO Box 6112**<br>**Carol Stream, IL 60197-6112** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Crystal Lake Bank and Trust**<br>**70 N. Williams St.**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dan Kowalski**<br>**1323 Cunat Court 1G**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Danielle Steinke**<br>**1760 Hartford Lane**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dave Ryckman**<br>**157 Helm Rd**<br>**Barrington, IL 60010** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **David Rooney**<br>**4731 Bordeaux dr.**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **David Schacherer**<br>**2101 Litchfield Ct**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dental USA**<br>**5005 McCullom Lake Rd.**<br>**McHenry, IL 60050** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DEX Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **DirecTV**<br>**Business Service Center**<br>**PO Box 5392**<br>**Maimi, FL 33152-5392** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Dish Network**<br>**Dept 0063**<br>**Palatine, IL 60055-0063** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Donna Armstrong-Lowe**<br>**4010 Spring Lake Ct**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Donna Jendruczek**<br>**1127 N River Rd**<br>**Algonquin, IL 60102** |

Sheet __**13**__ of __**20**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                                ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Doug Filer**<br>**3272 Oak Knoll Road**<br>**Carpentersville, IL 60010** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **FGMK, LLC**<br>**2801 Lakeside Drive, Third Floor**<br>**Bannockburn, IL 60015** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Filterfresh, Inc**<br>**1500 East Higgins Road, Unit D**<br>**Elk Grove Village, IL 60007** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Fox Valley Fire and Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **George Ristoff**<br>**1240 Schiedler**<br>**Batavia, IL 60510** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Gisele Garcia**<br>**1301 Tyler Lane**<br>**Elgin, IL 60123** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Haydee Lopriore**<br>**2921 Baldwin Lane**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Heritage Plumbing**<br>**2116 Stonington Avenue**<br>**Hoffman Estates, IL 60195** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Holiday Inn**<br>**495 Airport Road**<br>**Elgin, IL 60123** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Holly Krebs**<br>**11525 Heritage Lane**<br>**Huntley, IL 60142** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Hubert Esser**<br>**1386 Parkridge**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ice Mountain Water**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ira Stroud**<br>**683 Anderson Drive**<br>**LITH, IL 60156** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **James Sargent**<br>**5 Haverford Ct.**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jeannie Flannery**<br>**630 S. Kenilworth Ave.**<br>**Oak Park, IL 60304** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jennifer Shabec**<br>**9 McKinley St**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jerry Trevino**<br>**1041 McPhee Dr.**<br>**LITH, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jim Neutz**<br>**1007 Kennedy Dr.**<br>**Kirkland, IL 60146** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **John Leonardi**<br>**110 Millard Ave**<br>**Fox River Gove, IL 60021** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Jorge Gomez**<br>**210 N Cross Trail**<br>**McHenry, IL 60050** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Justin Canary**<br>**210 E. Algonquin Rd**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ken Burrows**<br>**1841 Moorland Lane**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ken Stirneman**<br>**4726 Monterey Drive**<br>**Winter Haven, FL 33880** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kenneth Louise**<br>**951 McPhee Dr.**<br>**LITH, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kent Farbelow**<br>**1114 Cherry Street**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kim fetzer**<br>**1107 Burr St**<br>**LITH, IL 60156** |

Sheet   **15**   of   **20**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re     **Audrey Marie Stirneman**                                                          ,     Case No. _____

                                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Kim Flanagan**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Komet USA LLC**<br>**454 South Anderson Road, Suite 14**<br>**Rock Hill, SC 29730** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **KZS/Blenner Insurance Agency**<br>**302 W Campbell**<br>**Arlington Heights, IL 60005** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Lang Shelton**<br>**250 Riversview**<br>**Carpentersville, IL 60110** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Laurie Sheriff**<br>**1388 Candlewood Dr.**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Lindsey Martinez**<br>**24 Dellwood Ct**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Lisa Dressel**<br>**609 Plum Grove Road Apt 1B**<br>**Roselle, IL 60172** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Maggie Hittie**<br>**2020 Carlisle St**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Materialise Dental, Inc.**<br>**810-X Cromwell Park Drive**<br>**Glen Burnie, MD 21061** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Medical Arts Press**<br>**PO Box 37647**<br>**Philadelphia, PA 19101-0647** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Michelle Banaszynski**<br>**11356 Central Park Blvd**<br>**Huntley, IL 60142** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Michelle Zmick, DDS**<br>**5246 RFD**<br>**Long Grove, IL 60047-9794** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Miguel Sanchez**<br>**20 W. Algonquin Rd.**<br>**Algonquin, IL 60102** |

Sheet __**16**__ of __**20**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Audrey Marie Stirneman**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Miguel Zarate**<br>**909 Hilltop Blvd**<br>**McHenry, IL 60050** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Mike Coley**<br>**255 Columbine St**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Mike Tiedje**<br>**1141 Starwood Pass**<br>**LITH, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Missy Toynton**<br>**9543 Bristol Lane**<br>**Huntley, IL 60142** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Misty Clemons**<br>**887-3 Golf Course Road**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Neopost, Inc.**<br>**PO Box 45800**<br>**San Francisco, CA 94145-0800** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Nick Duris**<br>**2121 Orchard Lane**<br>**Carpentersville, IL 60110** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Nobel Biocare**<br>**22715 Savi Ranch**<br>**Yorba Linda, CA 92887** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Northwest Dental Lab**<br>**6741 Castor Ave**<br>**Philadelphia, PA 19149** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Orapharma, Inc.**<br>**12914 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Osteohealth**<br>**PO Box 9147**<br>**Uniondale, NY 11555-9147** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Parvin Clauss Sign Company**<br>**165 Tubeway Drive**<br>**Carol Stream, IL 60188** |

Sheet   **17**   of   **20**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Patrick Kennedy**<br>**8706 Oakwood Dr**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Patterson Dental Supply, Inc.**<br>**23254 Network Place**<br>**Chicago, IL 60673-1232** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Peggy Schmidt**<br>**417 Cedar Street**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Phil Cook**<br>**173 Old Farm Road**<br>**Carpentersville, IL 60110** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Phil Hellyer**<br>**6716 South Route 31**<br>**Crystal Lake, IL 60014** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Proctor and Gamble**<br>**PO Box 4751**<br>**Martinsville, VA 24115-4751** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ranata Snellen**<br>**141 Ensanada Dr.**<br>**Carpentersville, IL 60110** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Raul Quinones**<br>**11820 Niagra Lane**<br>**Huntley, IL 60142** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **RH Medical**<br>**13948 S Hoxie**<br>**Burnham, IL 60633** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Rick Caruso**<br>**10890 Potomac Dr.**<br>**Huntley, IL 60143** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Rose-Anna Robles**<br>**4170 Bunker Hill Drive**<br>**Algonquin, IL 60120** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **RTI Biologics Inc.**<br>**PO Box 11404**<br>**Columbia, SC 29211-1404** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Samantha Fenske**<br>**10598 Scott Drive**<br>**Huntley, IL 60142** |

Sheet  __**18**__  of  __**20**__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Audrey Marie Stirneman**                                        ,    Case No. _____

                                               Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Schick**<br>**30-00 47th Avenue**<br>**Long Island, NY 11101** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Shane Nemmers**<br>**4731 Bordeaux hr**<br>**LITH, IL 60156** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sharon Reed**<br>**3405 Woods Creek Lane**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sherman Benefit Manager**<br>**PO Box 93719**<br>**Attn Pat Rosson**<br>**Chicago, IL 60673-3719** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sherman Speciality Compnay**<br>**300 Jerico Quadrangle, Suite 240**<br>**Jericho, NY 11753** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Smaiah Ali**<br>**2610 Williamsburg Dr.**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **SomerCor 504, Inc.**<br>**601 South LaSalle St., #510**<br>**Chicago, IL 60605** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Sue Dunn**<br>**609 Thackery Lane**<br>**Fox River Grove, IL 60021** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Televox Software, Inc**<br>**Department 1343**<br>**Denver, CO 80256-0001** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **The Hartford**<br>**8711 University East Dr.**<br>**Charlotte, NC 28213** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Triatic Mechanical Ltd.**<br>**284 Palatine Road**<br>**Wheeling, IL 60090** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Trisha Klein**<br>**621 Driftwood Lane**<br>**Harvard, IL 60033** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Ultradent Products, Inc**<br>**PO Box 410804**<br>**SLC, UT 84141-0804** |

Sheet  __**19**__  of  __**20**__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Audrey Marie Stirneman**                          ,     Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Vicki Budd**<br>**5 Edgebrook Court**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Vicki Tom**<br>**1620 Farmhill Drive**<br>**Algonquin, IL 60102** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Wuich Mechanical Services**<br>**PO Box 187**<br>**Huntley, IL 60142** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Zimmer Dental Inc.**<br>**1900 Aston Avenue**<br>**Carlsbad, CA 92008-7216** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Department of Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0005** |
| **Dr. Timothy Stirneman**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **State of Illinois**<br>**Department of Employment Security**<br>**33 S. State**<br>**Chicago, IL 60603-2802** |
| **George Sims**<br>**113 Boulder Drive**<br>**Lake in the Hills, IL 60156** | **Toyota Financial Services**<br>**P.O. Box 8026**<br>**Cedar Rapids, IA 52409-8026** |
| **T & A Holdings, LLC**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Charter One Bank**<br>**1215 Superior Ave.**<br>**Cleveland, OH 44114-3299** |
| **T & A Holdings, LLC**<br>**1452 Merchant Drive**<br>**Algonquin, IL 60102** | **Charter One Bank**<br>**1215 Superior Ave.**<br>**Cleveland, OH 44114-3299** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Audrey Marie Stirneman**                                        Case No. _____
                                                                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Dentist** | |
| Name of Employer | **Algonquin Smiles, P.C.** | |
| How long employed | **11 months** | |
| Address of Employer | **2413 W. Algonquin Road, #514**<br>**Algonquin, IL 60102** | |

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| INCOME:  (Estimate of average or projected monthly income at time case filed) | | | | |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **1,136.36** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **1,136.36** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **350.01** | $ | **N/A** |
|     b.  Insurance | $ | **0.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **350.01** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **786.35** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **4,148.25** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **4,148.25** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,934.60** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,934.60** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Audrey Marie Stirneman**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,430.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 275.00 |
| b. Water and sewer | $ | 20.00 |
| c. Telephone | $ | 50.00 |
| d. Other **See Detailed Expense Attachment** | $ | 247.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 275.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 125.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 90.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 106.00 |
| b. Life | $ | 97.00 |
| c. Health | $ | 123.00 |
| d. Auto | $ | 80.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Property Tax savings** | $ | 850.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 643.00 |
| b. Other **Student Loan** | $ | 746.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | $ | 380.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,602.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 4,934.60 |
| b. Average monthly expenses from Line 18 above | $ | 7,602.00 |
| c. Monthly net income (a. minus b.) | $ | -2,667.40 |

B6J (Official Form 6J) (12/07)

In re    **Audrey Marie Stirneman**                                                Case No. _____
                                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Comcast cable | $ | 85.00 |
| Terminix pest control | $ | 107.00 |
| Waste Management | $ | 25.00 |
| Broadview Home Security | $ | 30.00 |
| **Total Other Utility Expenditures** | $ | 247.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| Fitness Club | $ | 60.00 |
| Beauty products and personal | $ | 150.00 |
| Cat and fish | $ | 75.00 |
| Storage Shed | $ | 85.00 |
| Gifts | $ | 10.00 |
| **Total Other Expenditures** | $ | 380.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Audrey Marie Stirneman**

                                        Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **75**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 24, 2009**

Signature    **/s/ Audrey Marie Stirneman**

                       **Audrey Marie Stirneman**

                       Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Audrey Marie Stirneman**

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$61,980.50** | **2009 year to date income** |
| **$100,046.00** | **2008 income** |
| **$175,744.00** | **2007 joint income with Dr. Timothy Stireman** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**PO Box 5296**<br>**Carol Stream, IL 60197-5296** | **9-25-09** | **$1,940.24** | **$0.00** |
| **Wells Fargo Home Mortgage**<br>**PO Box 5296**<br>**Carol Stream, IL 60197-5296** | **10-6-09** | **$1,850.71** | **$0.00** |
| **Wells Fargo Bank, NA**<br>**PO Box 54780**<br>**Los Angeles, CA 90054-0780** | **10-9-09** | **$540.36** | **$0.00** |
| **The "Doc" Elliot Pollock Law Practice**<br>**P.O. Box A-3220**<br>**Chicago, IL 60690-3220** | **9-25-09** | **$7,500.00** | **$27,641.25** |
| **AAA Insurance**<br>**1 Auto Club Drive**<br>**Dearborn, MI 48126** | **10-6-09** | **$633.00** | **$1,251.00** |
| **Just in Time Pool and Spa**<br>**PO Box 5251**<br>**Oak Brook, IL 60522-5251** | **8-31-09** | **$815.49** | **$0.00** |
| **the care of trees**<br>**8733 Ridgefield Road**<br>**Crystal Lake, IL 60012-2715** | **9-11-09** | **$945.00** | **$0.00** |
| **Wells Fargo Bank, NA**<br>**PO Box 5296**<br>**Carol Stream, IL 60197-5296** | **11-20-2009** | **$1,940.24** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Well Fargo Bank, NA**<br>P.O. Box 54780<br>Los Angeles, CA 90054-0780 | **11-2009** | **$540.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RBS Citizens Bank NA vs. T&A Holdings, LLC, All Smiles Dental LLC, Timothy Sirneman, Audrey Stirneman, U.S. Small Business Administration, Briarwood Center LLC, Briarwood Master Association, Briarwood Office Center Two Condominium Assn, Unknown Owners and Non Record Claimants 08 CH 1497** | **foreclosure** | **State of IL 22nd Judicial Circuit Court McHenry County** | **motion for entry of default order and judgment for foreclosure and sale granted** |
| **In re Timothy Stirneman: Timothy Stirneman vs. Audrey Stirneman 09-AP-00556** | **adversary proceeding in a bankruptcy case** | **US Bankruptcy Court Northen District of Illinois** | **pre-trial** |
| **OFC Capiotal Corp vs. Audrey Stireman, All Smiles Dental, P.C. 09 LA 322** | **writ of replevin** | **State of IL 22nd Judicial Circuit Court McHenry County** | **continued until Dec** |
| **Lyons Financial Services, INc. d/b/a US Bancorp Business Equipment Finance Group vs. All Smiles Dntal, P.C. and Audrey Stirneman 09-C-6117** | **failure to pay for equipment** | **United States District Court Northern District of IL** | **continued** |
| **Audrey Strireman vs. Timothy Stirneman 08 DV 415** | **divorce** | **22nd Judicial Court McHenry County** | **continued, trial set for 10-2010** |
| **Timothy Stirneman and All Smiles Dental, P.C. vs. Audrey Stirneman 08 CH 37220** | **chancery** | **Circuit Court of Cook County IL Cook County IL** | **continued since the plaintiff went into bankrupcty can filed an adversary complaint against me in that court** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The "Doc" Elliot Pollock Law Practice P.O. Box A-3220 Chicago, IL 60690-3220 | 11-14-09 | 1000.00 |

**10.  Other transfers**

None ☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Wachovia Bank n/k/a Wells Fargo Bank, NA 121 S. Market Street, 6th Floor San Jose, CA 95113-2209     lender | 10-9-09 | $71,000 deposit on construction loan for build out of new office space.  Funds have already been disbursed to contractors for completed work |

None ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **All Smiles Dental, P.C.** | 36-4014154 | **1452 Merchant Drive Algonquin, IL 60102** | **Professional Corporation engaged in dentistry with Dr. Timothy Stirneman as 40% shareholder and debtor as 60% shareholder** | **3/1995 to present** |
| **Algonquin Smiles, P.C.** | 26-3947859 | **675 S. Randall Road Algonquin, IL 60102** | **Professional Corporation for dentistry; debtor is sole dentist and 100% shareholder** | **12/28/08 to present** |

None
■ 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Laura Goodman 2801 Lakeside Drive, 3rd Floor Bannockburn, IL 60015** | **2007-present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None □   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Wells Fargo Bank, NA**<br>**121 S. Market Street, 6th Floor**<br>**San Jose, CA 95113-2209** | **5-30-09** |
| **Banco Popular**<br>**606 Milwaukee Avenue**<br>**Prospect Heights, IL 60070** | **3-28-09** |
| **Bankers Healthcare Group, Inc.**<br>**4875 Volunteerr Road, Suite 100**<br>**Fort Lauderdale, FL 33330** | **8-20-09** |
| **Doctorfunds.com**<br>**5419 N. Sheridan Road**<br>**Chicago, IL 60640** | **3-28-09** |
| **Henry Schein Financial Group, Inc.**<br>**135 Duryea Road**<br>**Melville, NY 11747** | **3-28-09** |
| **Matsco**<br>**2000 Powell Street 4th Fl**<br>**Emeryville, CA 94608** | **3-28-09** |
| **Promed Financial**<br>**14742 Newport Ave # 209**<br>**Tustin, CA 92780** | **3-28-09** |

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|---------------------|--------------------------------------------------------------------|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 24, 2009**            Signature    **/s/ Audrey Marie Stirneman**
                                                  **Audrey Marie Stirneman**
                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Audrey Marie Stirneman**                                              Case No.
                                                     Debtor(s)            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**DVCMC Association Manager** | **Describe Property Securing Debt:**<br>**Other: Disney vacation time share at Saratoga Springs Resort, Disney World, FL**<br>**Location: Disney Vacation Development, Inc.**<br>**200 Celebration Place**<br>**Celebration, FL 34747**<br>**Owned jointly with Dr. Timothy Stirneman** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                         ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Toyota Financial Services** | **Describe Property Securing Debt:**<br>**2009 Toyota Rav 4** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                         ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank, NA** | **Describe Property Securing Debt:**<br>**Residence: single family home**<br>**Location: 300 Buckingham Dr.**<br>**Algonquin, IL 60102** |

Property will be (check one):
&#9633; Surrendered　　　　　&#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt　　　　　&#9633; Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank, NA** | **Describe Property Securing Debt:**<br>**loan for dental practice d/b/a Algonquin Smiles, P.C.** |

Property will be (check one):
&#9633; Surrendered　　　　　&#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt　　　　　&#9633; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                             Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**Residence: single family home**<br>**Location: 300 Buckingham Dr.**<br>**Algonquin, IL 60102** |

Property will be (check one):
  ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt               ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Great West Life Insurance** | **Describe Leased Property:**<br>**Contract 372981 signed 4-2-2009 life**<br>**insurance policy** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 24, 2009**          Signature  **/s/ Audrey Marie Stirneman**
                                          **Audrey Marie Stirneman**
                                          Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Audrey Marie Stirneman** _____    Case No. _____
                                    Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **2,000.00** |

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
     reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
     522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions,
     litigation involving exemptions, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **November 24, 2009** _____        /s/ "Doc" Elliot Pollock _____
                                                             **"Doc" Elliot Pollock**
                                                             **The "Doc" Elliot Pollock Law Practice**
                                                             **P.O. Box A-3220**
                                                             **Chicago, IL 60690-3220**
                                                             **312 357 1860   Fax: 312 357 6765**
                                                             **pollocklaw@sbcglobal.net**

---

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **"Doc" Elliot Pollock** | X **/s/ "Doc" Elliot Pollock** | **November 24, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**P.O. Box A-3220**
**Chicago, IL 60690-3220**
**312 357 1860**
**pollocklaw@sbcglobal.net**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Audrey Marie Stirneman** | X **/s/ Audrey Marie Stirneman** | **November 24, 2009** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Audrey Marie Stirneman**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **471**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 24, 2009**

**/s/ Audrey Marie Stirneman**
**Audrey Marie Stirneman**
Signature of Debtor

```
AAA Insurance
PO Box 660830
Dallas, TX 75266-0830


AAA Insurance
1 Auto Club Drive
Dearborn, MI 48126


AAA Insurance
1 Auto Club Drive
Dearborn, MI 48126


Abrix Group, LP
3400 Dundee Road, Suite 200
Northbrook, IL 60062


Ace Surgical Supply
1034 Pearl Street
PO Box 1710
Brockton, MA 02303


ADR Systems
123 W. Madison, 22nd Floor
Chicago, IL 60602


ADT Security Systems, Inc
PO Box 371967
Pittsburgh, PA 15250-7967


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102
```

Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102

Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


Algonquin Smiles, P.C.
785 S. Randall Road
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102

```
All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102
```

All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102

All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102

```
All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102
```

```
All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102
```

```
All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102
```

```
All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102
```

```
All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102
```

All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102

All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


All Smiles Dental, P.C.
1452 Merchant Drive
Algonquin, IL 60102


Allied Benefits Systems, Inc
208 S. LaSalle St
Suite 1300
Chicago, IL 60604


Allied Waste Services
1330 Gasket Drive
Elgin, IL 60120


American National Bank of DeKalb County
124 South Main Street
Sycamore, IL 60178

Andrews Construction
880 E. Oak St. Ste. 2
Lake in the Hills, IL 60156

Angel Phelps
896 Bennington
Crystal Lake, IL 60015

Angie Corrado
19N175 W Woodview Parkway
Hampshire, IL 60140

Assurant Health
PO Box 3175
Milwaukee, WI 53201-3175

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T
PO Box 6428
Carol Stream, IL 60197-6428

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T
PO Box 6428
Carol Stream, IL 60197-6428

Bank of America
PO Box 15026
Willmington, DE 19850-5026

Bell Auto Leasing
2296 N Rand Road
Palatine, IL 60074

Benco Dental
11 Bear Creek Blvd.
PO Box 1108
Wilkes-Barre, PA 18773-1108

Benco Dental
11 Bear Creek Blvd.
PO Box 1108
Wilkes- Barre, PA 18773-1108


Berrel Cook
258 Charlotte Ct.
Cary, IL 60013


Blenner Insurance
302 W. Campbell Street
Arlington Heights, IL 60005-1414


Blenner Insurance
302 W Campbell Street
Arlington Heights, IL 60005-1414


Blenner Insurance
302 W. Campbell Street
Arlington Heights, IL 60005-1414


Bob Cozza
1130 Greenridge
Algonquin, IL 60102


Bob Rohde
325 Tecumseh Tr. Apt. 110
LITH, IL 60156


Briarwood Office Center II
1005 Alexander Ct., Unit F
Cary, IL 60013


Briarwood Office Center II, LLC
1005 Alexander Court Unit F
Cary, IL 60013


Briarwood Office Center Master Asso
1005 Alexander Ct., Unit F
Cary, IL 60013


Broadview Security
PO Box 70834
Charlotte, NC 28272-0834

Bush & Heise
1300 S. Grove Ave.
Suite 104-A
Barrington, IL 60010


Candace Schumacher
830 Fox Run Lane
Algonquin, IL 60102


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Carbonic Gas Service, Inc.
32570 Genoa Rd.
Genoa, IL 60135


Charter One Bank
1215 Superior Ave.
Cleveland, OH 44114-3299


Charter One Bank
1215 Superior Ave.
Cleveland, OH 44114-3299


Chevy O'Brien
550 Tenby Way
Algonquin, IL 60102

Chicago Tribune
PO Box 900157
Louisville, KY 40290-1157


Chris McArdle
240 Terramere Lane
LITH, IL 60156


Chrissy Lieber
355 Menon Drive
Cary, IL 60013


Comcast Cable
PO Box 3001
Southeastern, PA 19398-3001


Comcast Spotlight
O'Hare Plaza 1
8745 West Higgins Road, 4th Floor
Chicago, IL 60631


ComEd
PO Box 6112
Carol Stream, IL 60197-6112


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Crystal Lake Bank and Trust
70 N. Williams St.
Crystal Lake, IL 60014


Dan Kowalski
1323 Cunat Court 1G
LITH, IL 60156


Danielle Steinke
1760 Hartford Lane
Crystal Lake, IL 60014

Dave Ryckman
157 Helm Rd
Barrington, IL 60010


David Rooney
4731 Bordeaux dr.
LITH, IL 60156


David Schacherer
2101 Litchfield Ct
LITH, IL 60156


DeLage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Dental USA
5005 McCullom Lake Rd.
McHenry, IL 60050


Denver Advertising
14 Inverness Dr. East Ste A218
Englewood, CO 80112


Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0005


DEX Yellow Pages
8519 Innovation Way
Chicago, IL 60682-0085


DirecTV
Business Service Center
PO Box 5392
Maimi, FL 33152-5392


Dish Network
Dept 0063
Palatine, IL 60055-0063


Donna Armstrong-Lowe
4010 Spring Lake Ct
LITH, IL 60156

Donna Jendruczek
1127 N River Rd
Algonquin, IL 60102


Doug Filer
3272 Oak Knoll Road
Carpentersville, IL 60010


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

```
Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102
```

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

```
Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102
```

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102


Dr. Timothy Stirneman
1452 Merchant Drive
Algonquin, IL 60102

DVCMC Association Manager
PO Box 277090
Atlanta, GA 30384


Dvi Fin Svc
707 Skokie Blvd
Northbrook, IL 60062


Dvi Fin Svc
707 Skokie Blvd
Northbrook, IL 60062


Elgin Internal Medical Associates
745 Fletcher Drive
Elgin, IL 60123


Experience Dental Studio
239 North 290 West
Lindon, UT 84042


FGMK, LLC
2801 Lakeside Drive, Third Floor
Bannockburn, IL 60015


Filterfresh, Inc
1500 East Higgins Road, Unit D
Elk Grove Village, IL 60007


Filterfresh, Inc
1500 East Higgins Road, Unit D
Elk Grove Village, IL 60007


Fox Valley Fire and Safety
2730 Pinnacle Drive
Elgin, IL 60124


George Ristoff
1240 Schiedler
Batavia, IL 60510


George Sims
113 Boulder Drive
Lake in the Hills, IL 60156

Geraldine Ann Sim
113 Boulder Dr.
Lake in the Hills, IL 60156


Gisele Garcia
1301 Tyler Lane
Elgin, IL 60123


Gitlin, Busche & Stetler
111 Dean Street
Woodstock, IL 60098


Great West Life Insurance
PO Box 340
Denver, CO 80201


Greater Elgin Emergency Services
PO Box 5940
Dept 20-1105
Carol Stream, IL 60197-5940


Haydee Lopriore
2921 Baldwin Lane
LITH, IL 60156


Henry Schein
135 Duryea Road
Melville, NY 11747


Heritage Plumbing
2116 Stonington Avenue
Hoffman Estates, IL 60195


Holiday Inn
495 Airport Road
Elgin, IL 60123


Holly Krebs
11525 Heritage Lane
Huntley, IL 60142


Hubert Esser
1386 Parkridge
Crystal Lake, IL 60014

Ice Mountain Water
PO Box 5010
Woodland Hills, CA 91365-5010


Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006


Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006


Illinois Department of Revenue
PO Box 19006
Springfiled, IL 62794-9006


Informs,
13055 Riley Street
Holland, MI 49424


Internal Revenue Service
PO Box 9019
Holtsville, NY 11742-9019


Internal Revenue Service
PO Box 9019
Holtsville, NY 11742-9019


Internal Revenue Service
Cincinnati, OH 45999-0039


Internal Revenue Service
Cincinnati, OH 45999-0039


Internal Revenue Service
PO Box 9019
Holtsville, NY 11742-9019


Ira Stroud
683 Anderson Drive
LITH, IL 60156

James Sargent
5 Haverford Ct.
Algonquin, IL 60102


Jeannie Flannery
630 S. Kenilworth Ave.
Oak Park, IL 60304


Jennifer Shabec
9 McKinley St
LITH, IL 60156


Jerry Trevino
1041 McPhee Dr.
LITH, IL 60102


Jim Neutz
1007 Kennedy Dr.
Kirkland, IL 60146


John Leonardi
110 Millard Ave
Fox River Gove, IL 60021


Jorge Gomez
210 N Cross Trail
McHenry, IL 60050


Justin Canary
210 E. Algonquin Rd
Algonquin, IL 60102


Ken Burrows
1841 Moorland Lane
Crystal Lake, IL 60014


Ken Stirneman
4726 Monterey Drive
Winter Haven, FL 33880


Kenneth Louise
951 McPhee Dr.
LITH, IL 60102

Kent Farbelow
1114 Cherry Street
LITH, IL 60156


Kim fetzer
1107 Burr St
LITH, IL 60156


Kim Flanagan
Algonquin, IL 60102


Komet USA LLC
454 South Anderson Road, Suite 14
Rock Hill, SC 29730


KRES Equities LLC
221 Church St
Woodstock, IL 60098


KZS/Blenner Insurance Agency
302 W Campbell
Arlington Heights, IL 60005


Lane Bryant
Po Box 182125
Columbus, OH 43218


Lane Bryant Retail/soa
450 Winks Ln
Bensalem, PA 19020


Lang Shelton
250 Riversview
Carpentersville, IL 60110


Laurie Sheriff
1388 Candlewood Dr.
Crystal Lake, IL 60014


Levin & Brend, PC
20 North Wacker Drive
Chicago, IL 60606

Lifetime Fitness
451 Rolls Drive
Algonquin, IL 60102


Lindsey Martinez
24 Dellwood Ct
Algonquin, IL 60102


Lisa Dressel
609 Plum Grove Road Apt 1B
Roselle, IL 60172


Litton Loan Servicing
Attention: Bankruptcy
4828 Loop Central Drive
Houston, TX 77081


Maggie Hittie
2020 Carlisle St
Algonquin, IL 60102


Materialise Dental, Inc.
810-X Cromwell Park Drive
Glen Burnie, MD 21061


Maxwell Law Group, LLC
105 West Adams, Suite 3200
Chicago, IL 60603


McHenry County Treasurer
Government Center
2200 N. Seminary Avenue
Woodstock, IL 60098


Medical Arts Press
PO Box 37647
Philadelphia, PA 19101-0647


Medical Arts Press
PO Box 37647
Philadelphia, PA 19101-0647


Michelle Banaszynski
11356 Central Park Blvd
Huntley, IL 60142

Michelle Zmick, DDS
5246 RFD
Long Grove, IL 60047-9794


Miguel Sanchez
20 W. Algonquin Rd.
Algonquin, IL 60102


Miguel Zarate
909 Hilltop Blvd
McHenry, IL 60050


Mike Coley
255 Columbine St
Crystal Lake, IL 60014


Mike Tiedje
1141 Starwood Pass
LITH, IL 60102


Missy Toynton
9543 Bristol Lane
Huntley, IL 60142


Misty Clemons
887-3 Golf Course Road
Crystal Lake, IL 60014


Mitchell Elliot Jones, Esq.
25 E. Washington, Suite 906
Chicago, IL 60602


Nancy A, Summers
117 W. Slade Street, Suite 6
Palatine, IL 60067


Nelnet
Attn: Claims
Po Box 17460
Denver, CO 80217


Neopost, Inc.
PO Box 45800
San Francisco, CA 94145-0800

Nick Duris
2121 Orchard Lane
Carpentersville, IL 60110


Nicor Gas
PO Box 2020
Aurora, IL 60507-2020


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Nicor Gas
Customer Contract Dept 1E
PO Box 190
Aurora, IL 60507-0190


Nobel Biocare
22715 Savi Ranch
Yorba Linda, CA 92887


Nobel Biocare USA, LLC
PO Box 31001-0845
Pasadena, CA 91110-0845


Northwest Dental Lab
6741 Castor Ave
Philadelphia, PA 19149


OFC Capital Corporation
576 Colonial Park Dr., #200
Roswell, GA 30075


Orapharma, Inc.
12914 Collections Center Drive
Chicago, IL 60693


Osteohealth
PO Box 9147
Uniondale, NY 11555-9147


Parvin Clauss SIgn Company
165 Tubeway Drive
Carol Stream, IL 60188

Patrick Kennedy
8706 Oakwood Dr
Crystal Lake, IL 60014


Patterson Dental Supply, Inc.
23254 Network Place
Chicago, IL 60673-1232


Patterson Dental Supply, Inc.
23254 Network Place
Chicago, IL 60673-1232


Peggy Schmidt
417 Cedar Street
LITH, IL 60156


Phil Cook
173 Old Farm Road
Carpentersville, IL 60110


Phil Hellyer
6716 South Route 31
Crystal Lake, IL 60014


Polachek & Polachek
1000 hart Road, Suite 300
Barrington, IL 60010


Proctor and Gamble
PO Box 4751
Martinsville, VA 24115-4751


Ranata Snellen
141 Ensanada Dr.
Carpentersville, IL 60110


Raul Quinones
11820 Niagra Lane
Huntley, IL 60142


RH Medical
13948 S Hoxie
Burnham, IL 60633

Rick Caruso
10890 Potomac Dr.
Huntley, IL 60143


Rockenbach Chevrolet
P.O. Box 309
Grayslake, IL 60030


Rose-Anna Robles
4170 Bunker Hill Drive
Algonquin, IL 60120


Route 31-24 Hour Self Storage
8405 ll Route 31
Cary, IL 60013


Royal Bank America Leasing
550 Township Line Rd. #425
Blue Bell, PA 19422


RTI Biologics Inc.
PO Box 11404
Columbia, SC 29211-1404


Samantha Fenske
10598 Scott Drive
Huntley, IL 60142


Saxon Mortgage Sercive
4708 Mercantile Dr. North
jFortworth, TX 76137


Schick
30-00 47th Avenue
Long Island, NY 11101


Shane Nemmers
4731 Bordeaux hr
LITH, IL 60156


Sharon Reed
3405 Woods Creek Lane
Algonquin, IL 60102

Sherman Benefit Manager
PO Box 93719
Attn Pat Rosson
Chicago, IL 60673-3719


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678-1351


Sherman Speciality Compnay
300 Jerico Quadrangle, Suite 240
Jericho, NY 11753


Side Effects, Inc
259 Industrial Drive
Franklin, OH 45005


Smaiah Ali
2610 Williamsburg Dr.
Algonquin, IL 60102


Smilemakers
PO Box 2543
Spartanburg, SC 29304


SomerCor 504, Inc.
601 South LaSalle St., #510
Chicago, IL 60605


State of Illinois
Department of Employment Security
33 S. State
Chicago, IL 60603-2802


Sue Dunn
609 Thackery Lane
Fox River Grove, IL 60021


Swiss Colony
1112 7th Avenue
Monroe, WI 53566-1364


T & A Holdings, LLC
1452 Merchant Drive
Algonquin, IL 60102

T & A Holdings, LLC
1452 Merchant Drive
Algonquin, IL 60102


Televox Software, Inc
Department 1343
Denver, CO 80256-0001


The "Doc" Elliot Pollock Law Practi
P.O. Box A-3220
Chicago, IL 60690-3220


The American Natl Bk O
124 S Main St
Sycamore, IL 60178


The Hartford
8711 University East Dr.
Charlotte, NC 28213


Timothy Stirneman, DDS
2305 Loop Road
Algonquin, IL 60102


Toyota Financial Services
P.O. Box 8026
Cedar Rapids, IA 52409-8026


Triatic Mechanical Ltd.
284 Palatine Road
Wheeling, IL 60090


Trisha Klein
621 Driftwood Lane
Harvard, IL 60033


UBT, Adminstered by Nelnet, Inc.
PO Box 2877
Omaha, NE 68103-2877


Ultradent Products, Inc
PO Box 410804
SLC, UT 84141-0804

US Bank Healthcare Finance Services
1310 Madrid St. #105
Marshall, MN 56258


Vicki Budd
5 Edgebrook Court
Algonquin, IL 60102


Vicki Tom
1620 Farmhill Drive
Algonquin, IL 60102


Waste Management
IL-North
22333 Route 1/3
Antioch, IL 60002


Wells Fargo Bank, NA
PO Box 4233
Portland, OR 97208-4233


Wells Fargo Bank, NA
121 S. Market Street, 6th Floor
San Jose, CA 95113-2209


Wells Fargo Bank, NA
Map A0347-023
1200 Montego Way
Walnut Creek, CA 94598


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306


Wuich Mechanical Services
PO Box 187
Huntley, IL 60142


Zimmer Dental Inc.
1900 Aston Avenue
Carlsbad, CA 92008-7216